3:15cv457CWR-FKB

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SOUTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

FILED
JUN 22 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

### COMPLAINT

Montalto          142736
(Last Name)       (Identification Number)

Stephen       Daniel
(First Name)  (Middle Name)

East Mississippi Correctional Facility
(Institution)

10641 Highway 80 West Meridian, MS. 39307
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 14 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**v.**

CIVIL ACTION NUMBER: 3:15cv282-HTW-LRA
(to be completed by the Court)

Mississippi Department of Corrections, et al

Marshall Fisher                    Jeworsk Mallett

Glen McCoy                         Alicia Box

Fred Lovett
(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

### NOTICE AND WARNING:
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.   Have you ever filed any other lawsuits in a court of the United States?          Yes (X) No ( )

B.   If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.   Parties to the action: Stephen Montalto, Viacom International, Inc

2.   Court (if federal court, name the district; if state court, name the county): Southern District of Mississippi, Jackson Division

3.   Docket Number: 3:06 CV 444 TSL - JCS

4.   Name of judge to whom case was assigned: Tom S. Lee

5.   Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): Viacoms motion for Summary Judgment was granted.

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: _Stephen Montalto_   Prisoner Number: _142736_

Address: _E.M.C.F. 2A-107_

_10641 Highway 80 West_

_Meridian, MS. 39307_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _Mississippi Department of Corrections, et al_   is employed as

_633 North State Street_   at

_Jackson, MS 39202_

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:



DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| - _Marshall Fisher,_ _Commissioner of MDOC_ | • _633 North State Street_ _Jackson, MS 39202_ |
| - _Glen McCoy, individually_ _and as ERS field officer for_ _Rankin County_ | • _609 W. Government St_ _Brandon, MS. 39042_ |
| - _Fred Lovett, individually_ _and as Deputy Sheriff with_ _Rankin County._ | • _211 N. Timber St_ _Brandon MS 39042_ |
| • _Jeworsk Mallett,_ _individually and as Director_ _of records._ | • _633 N. State St._ _Jackson, MS. 39202_ |
| • _Alicia Box, individually_ _and as Chief records_ _officer._ | • _633 N. State St_ _Jackson MS. 39202_ |

## GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( X )   No (   )

B.    Are you presently incarcerated for a parole or probation violation?

Yes ( X )   No (   )

C.    At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( X )   No (   )

D.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( X )   No (   )

E.    Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( X )   No (   ), if so, state the results of the procedure: _The relief requested was denied.  See ARP Exhibit H._

F.    If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.    Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?

Yes (   )   No (   )  n/a

2.    State how your claims were presented (written request, verbal request, request for forms): _n/a_

3.    State the date your claims were presented: _n/a_

4.    State the result of the procedure: _n/a_

3

## STATEMENT OF CLAIM

III.  State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

M.D.O.C. improperly revoked my Earned Release Supervision after field officer McCoy filed a rules Violation report for not having an approved address when the address was approved by officer McCoy himself - prior to my release. I complied with every instruction, and I registered twice during the time I was out on ERS. MDOC revoked my ERS unlawfully and then unilaterally altered my time sheet by changing the offense and its NCIC code to a harsher crime of which I was not indicted or convicted and took away all of my earned time without any Due Process of Law. Please see exhibit list and exhibits. See attached sheet for continued statement of claim.

## RELIEF

IV.  State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

NCIC code and offense changed back to reflect 1099 Kidnap; reinstatement of all earned time; reinstatement of Earned Release Supervision; reimbursement of all legal/attorney fees and all costs of court. Monetary compensation for loss of wages and pain and suffering.

Signed this 10th day of  April  , 20 15

Stephen Montalto  #142736
E.M.C.F. 2A-107
10641 HWY 80 W Meridian MS 39307
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

4/10/15
(Date)

Signature of plaintiff

4

## Continued Statement of Claim

Officer Fred Lovett is the lead officer over the Sex offender registry of the Rankin County Sheriff's office. When I went to register at the first opportunity, 12/22/14, Officer Lovett, who was the original arresting officer on my original charges informed me that the pre-approved address of my mother's residence will not be approved and that I had only until that evening to find, obtain and register a new residence. MDOC's policy is 90 days. Never the less, I complied. Officer Lovett placed me with Officer Burton of Hinds County over Sex offenders and I obtained legal residence at the Billy Brumfield House on 12/22/14 and I registered again when I moved to the Exodus House on 1/7/15. Officer Burton approved these residences for up to 3 months while guiding me toward more permanent housing.

Officer McCoy denied my transfer to Hinds County despite verbal confirmation from himself and Officer Gibbons that it would be allowed. McCoy filed his Rules Violation Report on the same day, 01/09/15, that he denied my request for transfer, even though he was the same officer that approved my mother's address to begin with.

On January 23, 2015 I received a classification hearing where I realized my time sheet had been tampered with on January 14, 2015 without my knowledge or consent. The Director of Records, Jeworsk Mallett, and Alicia Box, Chief Records Officer, are responsible for unilaterally altering my time sheet with MDOC to a harsher charge than that of which I was convicted and simultaneously removing all my earned time without due process of law or any authority to do so. This has an added benefit for the defendants of providing a way to cover up the wrong doing of MDOC with my wrongful arrest and revocation of ERS.

On 01/29/15  I finally had a disciplinary hearing on the RVR filed by McCoy (after my computation of time had been changed). Even though I violated no rules, which is clear, they found me guilty due to the fact that my pre-approved address was not approved after my release. Officer McCoy is the field officer that approved my address prior to my release, and officer McCoy is the officer that filed to revoke my ERS because the same address wasn't approved. McCoy filed this rule violation at a time in which I was properly and lawfully registered twice to approved addresses.

I appealed this decision, and the response completely ignored the issues and relied instead on the illegal and unilateral change of my offense. MDOC believes they can change my conviction to a harsher conviction that I was never indicted on or convicted of — as a way to support their unlawful revocation.

## EXHIBIT LIST

A.   Letter to Marshall Fisher outlining my grievances and requesting assistance.

B.   Documentation Showing the address I was released to passed ERS audit and was signed by the Director of Records Jeworsk Mallett.

C.   C-1: My Sentence Computation Record Printed on 01/14/15 Showing a Computation date and time of 01/14/15 at 14:08 which Shows my offense Correctly as Kidnap with the NCIC Code of 1099.

C-2: My Sentence Computation record Printed on 01/28/15 Showing a Computation date and time of 01/14/15 at 14:08 — the exact Same date and time as C-1 — which Shows that MDOC unilaterally Changed my offense to Kidnap Minor, Changed the NCIC Code to 1005, and took away all my earned time — all without due Process.

C-3: My Sentence Computation record Printed on 07/01/14 Showing a Computation date of 04/03/14 Shows that I was Put into Trusty Status on 10/28/08 with a Computation date of 11/17/18. This afforded me Jobs and good time credit up until My 12/20/14 ERS release. Compare this Pre-release time Sheet with C-2 and See that their alteration of my trusty removal on 10/28/08 with a Computation date of 11/18/08 is a false manipulation of my true record that was Conducted on 1/14/15 not 11/18/08.

D.   Copy of my indictment Showing I was only Charged with Kidnap and not Kidnap of a minor. Also Prisoner Commitment notice.

E.   E-1  Violation Report Form listing the type of Violation
as "technical" Signed by Glen McCoy;
E-2  Warrent for Arrest of Earned Release Prisoner signed
by Glen McCoy on January 9, 2015;
E-3 Rule Violation Report Signed by Glen McCoy on 1/9/15.

F.   Copies of my Sex offender registry Cards.

G.   MDOC 1st Step Response form.

H.   ARP

EX H
A

February 25, 2015

Marshall Fisher
Commissioner of MDOC
633 North State Street
Jackson, MS 39202

Dear Mr. Fisher,

     I request your immediate assistance as I was unlawfully denied consideration in the grievance process in violation of MDOC SOP 20-08-01. My complaint was denied on its face citing that my letter contains "more than one complaint/request." The policy, however, says it can be denied only if "the offender has requested a remedy for more than one <u>incident</u>." My requests for relief stem from the same incident. Here are the facts of what happened:

- I was approved and released on Earned Release Supervision on December 20, 2014.

- MDOC policy SOP 15-04-01 states in relevant part that "...the CCAD will assign a Field Officer to conduct a residence investigation."

- Officer Glen McCoy is the officer that had approved this address.

- On Monday, December 22, 2014, I attempted to register as is required by my plea bargain, and I was told by the Department of Public Safety that they had not received my paperwork. I was directed to go to the Rankin County Sheriff's Department, which I did.

- At the Sheriff's Department, Officer Lovett, who is the same officer that was involved in bringing my original charges against me, informed me that I could not stay at my pre-approved address even though it was the address approved and listed on my ERS Certificate and pre-release paperwork, because it was too close to a park.

- Officer Lovett contacted Officer Burton in Hinds County, and Officer Lovett approved for me to go to the Billy Brumfield House, and I obtained legal residence there and received a registration card for this address on December 22, 2014.

- I registered again before moving to the Hind's County Exodus House on January 7, 2014, and I received a registration card for this address.

- Officer McCoy then unilaterally withdrew approval for my transfer to Hinds County.

- Officer McCoy issued a Rule Violation Report on January 9, 2015 stating the violation as being, "Residence was denied by Rankin County Sheriff's Office on the law of Sex Offender Registry.  Residence does not meet requirements."
- It is listed a technical violation.

- A disciplinary hearing was held on January 29, 2015.  I was found Guilty with the punishment being to Revoke ERS and Reclassification.  The reason cited was, "based on the reporting officer's report and evidence presented at hearing."
- Upon return to prison, I found that MDOC, under no court authority or due process, fraudulently altered my Inmate Time Sheet by changing the charge I was indicted under, pled to and was convicted of from 1099 Kidnap to 1005 Kidnap of a minor, thereby depriving me of all of my earned time and early release date.  My indictment even shows that I was only charged with kidnapping, further proved in that the element stating the person was a minor was not listed in the indictment.  I pled only to Kidnap and not Kidnap of a minor, and it is illegal for MDOC to alter my records to substantially change my conviction without due process of law.

- Fortunately, I have a copy of my time sheet from before I left for ERS since this record showing my correct charge and earned time has been deleted from the system.  I also have a copy of my ERS certificate which lists the pre-approved Rankin County residence. It too was deleted from the system.

My Appeal was received timely on February 12, 2015.  However, it was rejected with the reason indicated being that "[o]nly one complaint/request will be accepted.  If your letter contains more than one complaint/request, it will be rejected and returned to you."  However, these two issues of relief I am requesting rise from the exact same incident.  **MDOC revoked my ERS because the Field Officer assigned—Officer McCoy— approved an address without due diligence to his duties—which led to Officer McCoy—the very same officer that approved this address—to file a rules violation report for not having an approved address—although I had broken no rules.**  I complied with every letter of instruction I received from all authorities.  To cover this error of incompetence, MDOC changed my conviction to a harsher one so that I would be silenced.

Although it was not made clear, I believe MDOC is construing the "more than one issue" in my ARP to be both my requests for relief of having my ERS reinstated and having my MDOC time sheet to indicate the correct charge and earned time.  However, the need for these requests for relief arose out of the same occurrence and one cannot be completely corrected without the other.

I am requesting that my ERS be reinstated I want to thank you for your time in reading this and for any assistance you are willing to give. Please feel free to contact me with any questions or concerns. I know there has been a lot of negative press recently regarding Mississippi prisons. I believe that you should be fully informed of these circumstances on the front end so that you may have ample opportunity to investigate these facts for yourself and correct them before any further action takes place. Again, I thank you for your consideration and your time.

Sincerely,

Stephen Montalto
MDOC# 142736
EMCF 2-A-107
10641 Highway 80 West
Meridian, MS 39307


cc:
Pamela Robinson
Director of Classification
633 North State Street
Jackson, MS 39202

Director
Probation and Parole Office
609 W. Government Street
Brandon, MS 39042

Todd King
Director of Community Corrections
633 North State Street
Jackson, MS 39202

David Petrie
ARP Coordinator
P.O. Box 1057
Parchman, MS 38738

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
EXH B

## SEX OFFENDER REGISTRY

### ACKNOWLEDGEMENT OF CONVICTED SEX OFFENDER'S DUTY TO REGISTER

Pursuant to the provisions of Mississippi Code Ann. § 45-33-21 et seq., I, the undersigned have been informed that all convicted sex offenders required to register with the Mississippi Sex Offender Registry (MSOR) must do the following:

SM 1. Report all addresses where you abide, lodge, reside or remain at between the hours of 10:00 p.m. and 6:00 a.m. for a period of seven (7) or more consecutive days.

SM 2. Report any change of address by personally appearing at a DPS Driver's License station not less than ten (10) days before changing address. This includes change of address when moving out of state. When moving out of state, you must comply with any registration requirements of the new state.

SM 3. Register in any state where the person is employed, carries on a vocation, is stationed in the military, is a student, or a temporary resident.

SM 4. Report any change in status of enrollment, employment, vocation, or volunteer work at any public or private education institution, including any primary or secondary school, trade or professional institution, or institution of higher learning, by personally appearing at a DPS Driver's License station within three (3) business days of the change.

SM 5. Report any change of name, vehicle information, internet identifiers or employment by personally appearing at a DPS Driver's License station within three (3) business days of the change.

SM 6. If you volunteer with an organization in which volunteers have direct, private or unsupervised contact with minors, you are required to notify the organization at the time of volunteering that you have been convicted of a sex offense.

SM 7. If you are employed in any position or contract with a person to provide personal services, where the position brings you into regular contact with children, you are required to notify in writing the employer or the person with whom you have contracted that you have been convicted of a sex offense.

SM 8. You are prohibited from residing within three thousand (3,000) feet of the real property comprising a public or nonpublic elementary or secondary school or a childcare facility, a residential child caring agency, a children's group care home or any playground, ballpark of other recreational facility utilized by persons under the age of eighteen (18) years. Refer to Mississippi Code Ann. § 43-33-25(4) for full text of law.

SM 9. You are prohibited from being present in or within five hundred (500) feet of a school building or school property while persons under the age of 18 are present. Refer to Mississippi Code Ann. §45-33-26 for full text of law.

SM 10. You are required to notify the DPS if you are committed to a mental institution for a reason other than initial confinement following acquittal by reason of insanity for a sex offense. The offender, offender's guardian or conservator, or the administrator of the institution is authorized to provide the notification.

SM 11. Report any erroneous information listed about you in the Sex Offender Registry to the DPS by mail, telephone or email.

SM 12. Reregister by personally appearing at a DPS Driver's License station every ninety (90) days. Reregistration includes the submission of current information and photograph to the department and the verification of registration information, including the street address and telephone number of the registrant; name, street address and telephone number of the registrant's employment along with any other registration information that may need to be verified and payment of any required fees.

SM 13. Failure to re-register at a Driver's License station, or forgery or submission of information under false pretenses, will result in automatic suspension of your driver's license and, is a felony punishable by fine of not more than $5,000.00 or imprisonment in the state penitentiary for not more than five years, or both.

SM 14. Offenders must advise MOPS twenty-one (21) days in advance if they plan to travel internationally. This must include an itinerary of countries to be visited and dates of visitation.

SM 15. You are required to provide any passport, immigration or professional license documents to DPS at the time of registration/reregistration for scanning.

SM 16. During a declaration of emergency, offenders must provide the management of an emergency shelter, the sheriff and Chief of Police of the county/municipality in which the shelter is located, the offender's full name, date of birth, social security number and last address prior to emergency declaration.

SM 17. If you intend to visit a public beach or public campground you must first seek permission form the Director of MSOR.

SM 18. Read, initial each line and sign this form verifying that these registration duties have been explained to you.

Print Name of Offender: _Stephen Montalto_

Signature of Offender: _Stephen M.H._

Date: _12-4-14_

Registering Agency: _East Miss. Correctial Facility_ Phone: _601-485-5255_

Signature of Person Accepting Registration: _Lynne Hersey_

POST OFFICE BOX 958 ● JACKSON, MISSISSIPPI 39205-0958 ● TELEPHONE: 601-987-1540 ● FAX 601-933-2695 ● EMAIL: msor@dps.ms.gov

(Rev 12/13)

EXH B

## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
## RESPONSIBLE AGENCY CONVICTED SEX OFFENDER REGISTRATION FORM

COMPLETED BY: ☐ MDOC  ☐ SHERIFF  ☐ MENTAL INSTITUTION  ☐ COURT

PLEASE PRINT
Name: **Stephen Montalto**     Social Security No.: **130. 72. 9169**

Driver's License/ID card No. and State: _____     Date of Birth: **10. 01. 95**

Passport/ Immigration No.: _____     Place of Birth: **Poughkeepsie, NY**

Professional License No.: _____     Type: _____

Race: **WH**  Sex: **M**  Height: **5. 9**  Weight: **205**  Eye color: **Blue**   Hair color: **Brown**

Scars, Marks, Tattoos: **N/A**

| Primary Residential Street Address **1075 Windrose Drive** | | | |
|---|---|---|---|
| City **Brandon** | State **MS** | Zip Code **39047** | County **Rankin Co.** |
| Is your residence within 3000 feet of a public or nonpublic elementary or secondary school or a childcare facility, a residential child caring agency, a children's group care home or any playground, ballpark or other recreational facility utilized by persons under the age of eighteen (18) years. ☐ Yes ☐ No  If yes, this may be prohibited per § 45-33-25(4)(a). | | | |
| Secondary/Temporary Residential Street Address | | | |
| City | State | Zip Code | County |
| Mailing Address (if different from Primary Residential Address above) | | | |
| City | State | Zip Code | County |
| If your residence is a mobile home, trailer, motor vehicle or manufactured home provide the following:  VIN#:        License #:        Reg #:        Description: | | | |
| If your residence is a vessel or houseboat, provide the following:  Name of vessel:      Hull ID#:      Serial #:        Reg #:      Description: | | | |
| Employer (Paid or Unpaid) | | Date of employment | |
| Employer Street Address | | | |
| City | State | Zip Code | County |
| Are you: ☐ Employed ☐ Volunteer ☐ Student at Educational/Trade School, Professional Institute or Institution of Higher Education in MS: ☐ YES ☐ NO  If yes, School Name: | | | |
| City | State | Zip Code | County |
| Vehicle Make/Model/Color: | | License Tag State & Number | Where is vehicle kept? |
| Vehicle Make/Model/Color: | | License Tag State & Number | Where is vehicle kept? |
| Home Phone | Work Phone | Cell Phone | Other |
| Internet Screen Name, Instant Message, Email Address, etc. | | | |
| If planning international travel list countries and dates of visitation. | | | |
| Other Information: | | | |

***YOU MUST COMPLETE BOTH SIDES OF THIS FORM***

Form MSOR.013  Rev 12/13     Offender Initials **SM**

Case 3:15-cv-00457-CWR-FKB   Document 2   Filed 06/22/15   Page 14 of 64

*EXH B*

# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
## RESPONSIBLE AGENCY CONVICTED SEX OFFENDER REGISTRATION FORM

PLEASE PRINT

**Codes for which convicted (Give details below)**

| | | |
|---|---|---|
| ☒ | 97-5-53 | Relating to kidnapping, if the victim was below age of eighteen (18) |
| ☐ | 97-3-65 | Relating to rape |
| ☐ | 97-3-71 | Relating to rape and assault with intent to ravish |
| ☐ | 97-3-95 | Relating to sexual battery |
| ☐ | 97-5-5 | Related to enticing a child for concealment, prostitution or marriage |
| ☐ | 97-5-23 | Relating to the touching of a child, or a mentally defective, incapacitated or physically helpless person for lustful purposes |
| ☐ | 97-5-27 | Relating to the dissemination of sexually oriented material to children |
| ☐ | 97-5-33 | Relating to the exploitation of children |
| ☐ | 97-5-41 | Relating to the carnal knowledge of stepchild, adopted child or child of a cohabiting partner |
| ☐ | 97-29-3 | Relating to adultery or fornication between teacher and pupil |
| ☐ | 97-29-59 | Relating to unnatural intercourse |
| ☐ | 43-47-18 | Relating to sexual abuse of a vulnerable person |
| ☐ | 97-3-54.1(1)(c) | Relating to procuring sexual servitude of a minor |
| ☐ | 97-3-54.3 | Relating to aiding, abetting or conspiring to violate Section 97-3-54.1(1)(c) |
| ☐ | 97-29-61(2) | Relating to voyeurism when the victim is a child under sixteen (16) years of age |
| ☐ | 97-29-63 | Relating to Filming another without permission where there is expectation of privacy |
| ☐ | 97-29-45(1)(a) | Relating to obscene electronic communication |
| ☐ | 97-3-104 | Relating to the crime of sexual activity between law enforcement, correctional or custodial personnel and prisoners |
| ☐ | 97-5-39(1)(c) | Relating to contributing to the neglect or delinquency of a child, felonious abuse or battery of a child, if the victim was sexually abused |
| ☐ | 97-1-7 | Relating to attempt to commit any of the above-referenced offenses |
| ☐ | | Any offense committed in another jurisdiction, which would be considered one of the above in MS |
| ☐ | | Any offense committed in another jurisdiction for which registration is required in that jurisdiction |
| ☐ | | Any conviction of conspiracy to commit; accessory to commission, or attempt to commit any offense listed in this section |
| ☐ | 45-33-23(g)(xix) | Capital murder when one (1) of the above described offenses is the underlying crime |

Details of the offense (do not include name of victim): I perceived a child to be in danger or hurt and protected the child and brought him to the police for help.

Arrest Date: / /   Conviction Date: / /   Court of Conviction: Rankin Co. Circuit   State of Conviction: MS
Are you currently on probation/parole? ☐yes ☐no If yes, ☐Fed ☐State   MCA §45-33-45   Electronic Monitoring/Tracking ☐yes ☐no
Probation Officer Name: _____   Phone: _____
Do you have any outstanding arrest warrants? ☐yes ☐no If yes, where? _____
Have you ever been required to register as a convicted sex offender in another state? ☐yes ☐no If yes, where? _____
Have you been designated a sexual predator or sexually violent predator in another state? ☐yes ☐no If yes, State? _____
Have you ever been adjudicated delinquent? ☐yes ☐no   If yes, where? _____
FBI#: _____   MDOC# 142186   DNA#: _____

---

**Victim Information**
Victim #1: Age: 25   Sex: ☐Male ☐Female   Use of Force against victim? ☐yes ☐no   Age of Offender at time of offense: 25
Victim #2: Age: ____   Sex: ☐Male ☐Female   Use of Force against victim? ☐yes ☐no   Age of Offender at time of offense: ____

Print Name of Offender: Stephen Montalto

Signature of Offender: _Steph. Milt_   Date: 12-4-14

Registering Agency: East Miss. Correctional Facility   Phone: 601-485-5225

Signature of Person Accepting Registration: Tyrone Hersy

Check required enclosures: ☐Acknowledgement Form ☐Conviction/Sentencing Order ☐Photograph ☐Fingerprints
Biological Sample sent to MS Crime Lab ☐yes ☐no

For questions or information, contact the Sex Offender Registry
P.O. Box 958, Jackson, MS 39205-0958
Phone: (601)987-1540 Fax: (601)933-2625 Email: msor@dps.ms.gov

Page 2

*EXH B*

# Mississippi Department of Corrections



## Certificate of Earned Release Supervision

The Mississippi Department of Corrections has determined that the inmate listed below and sentenced to the Mississippi Department of Corrections is eligible for Earned Release Supervision pursuant to § 47-5-138 of Mississippi Code.   That there is a reasonable probability that said inmate WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the Mississippi Department of Corrections that the release of this inmate is not incompatible with the welfare of society.  It is ORDERED by the Commissioner of Corrections that the inmate be RELEASED from the MISSISSIPPI DEPARTMENT OF CORRECTIONS on **December 20, 2014.** That said inmate is to remain within the boundaries of **Rankin County**, as designated by the Mississippi Department of Corrections, until one of the following occurs: (1) properly transferred by the Mississippi Department of Corrections, (2) expiration of sentence, or (3) other action as deemed appropriate by the Mississippi Department of Corrections.

Name: **Stephen Montalto**                                    MDOC Number: **142736**

**Approved Residence**

| Residence of | Barbara Montalto |
|---|---|
| Address | 1075 Windrose Drive |
| City, State, Zip | Brandon, MS 39047 |
| Telephone No. | 601-321-9421 |
| Relation to | |

Witness my signature and seal, this the **5** day of **December, 2014.**

_____
Commissioner or designee

*Exh C-1*

# Mississippi Department of Corrections
## Sentence Computation Record

**Offender:** MONTALTO, STEPHEN 142738

**Computation Date:** 01/14/2016 14:08

**Computation Reason:** Error Correction

**Housing:** CMCF, CMCF 720, BLD C, ZONE A, BED 0010

**Date Printed:** 01/14/2016 10:28

Document 16 of 66

## Sentences:

| DATE | CAUSE/COUNT/OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/22/08 | 17,837/1 1315:AGGRAVATED ASSAULT | 04/22/08 | Rankin | 20Y | | N | | | | 17,837/1 |
| 04/22/08 | 17,837/2 1315:AGGRAVATED ASSAULT | 04/22/08 | Rankin | 6Y | | N | | | 17,837/1 | |
| 09/22/08 | 18,213/3 1908:KIDNAP | 09/22/08 | Rankin | 20Y | 6Y | N | | | | 18,213/3 |
| 11/04/08 | 18,213/4 1315:AGGRAVATED ASSAULT | 11/04/08 | Rankin | | 6Y | N | | | | |

☐ Final Time Offender

## Pre Trial/Pre Sentence Jail Time:

| Field | To | Days |
|---|---|---|
| 04/22/2008 | 04/22/2008 | 1 |
| 09/22/2008 | 09/22/2008 | 20 |
| 10/11/08 | 10/13/08 | 2 |
| 11/04/08 | 09/22/2008 | 658 |

**Override:**

**Total Jail Time:** 781

Computation Date: 04/14/2016

## Computation Details:

| DATE | DESCRIPTION | HOUSE ARREST | PAROLE | ERS | TENTATIVE | MAX |
|---|---|---|---|---|---|---|
| | Sentence begin = 09/22/08 - 781D jail time = 08/03/06 | | | | | |
| 04/22/08 | 17,837/1 1315:AGGRAVATED ASSAULT 20Y (16% of 20Y=781D = 2Y 24BD) | | | 11/24/23 | 17,837/1 | 07/29/26 |
| 04/22/08 | 17,837/2 1315:AGGRAVATED ASSAULT 6Y to 17,837/1 (Combined 20Y) (16% of 20Y=781D = 2Y 24BD) | | | | | |
| 09/22/08 | 18,213/3 1908:KIDNAP- 20Y CO with 17,837/1 [16% of 20Y=781D = 2Y 24BD) | | | 11/24/23 | 18,213/3 | 07/29/26 |
| 11/04/08 | 18,213/4 1315:AGGRAVATED ASSAULT 6Y to 18,213/3 (Combined 20Y) [16% of 20Y=781D = 2Y 24BD] | | | 11/24/23 | | 07/29/26 |
| 11/47/08 | Into Trusty Status 10/26/09 [Applied 0D] IN 7/8 OPEN C-CUSTODY | | | 11/24/23 | | 07/29/26 |
| 12/23/09 | Out Of Trusty Status 10/29/09 [Applied 0D] N.E. TET DUE T O KIDNAPPING MINOR SEX OFFENDER | | | 11/24/23 | | 07/29/26 |
| 12/03/09 | MeUnit Support/Camp Support 04/01/09 to 05/31/09 [Applied 0D] LIBRARY POD ORDERLY 20 DAYS N.E. DUE TO IN 7/8 FOR A JOB. | | | 11/24/23 | | 07/29/26 |
| 01/07/09 | Me/-Discipleship Program 01/07/09 to 03/31/09 [Applied 0D] 28 DYS N.E. | | | 11/24/23 | | 07/29/26 |
| 06/01/09 | Me/-Discipleship Program 06/01/09 to 08/06/09 [Applied 0D] 22 DYS N.E. | | | 11/24/23 | | 07/29/26 |
| 10/01/09 | Me/-Pre Release Program 10/01/09 to 12/29/09 [Applied 0D] FATHERHOOD INITIATIVE PROGRAM 20 DYS N.E. | | | 11/24/23 | | 07/29/26 |
| 12/28/09 | Me/-Pre Release Program 12/28/09 to 01/18/10 [Applied 0D] COGNITIVE SKILLS 7 DYS N.E. | | | 11/24/23 | | 07/29/26 |
| 01/19/10 | Me/-Pre Release Program 01/19/10 to 02/19/10 [Applied 0D] 10 DYS N.E. | | | 11/24/23 | | 07/29/26 |
| 02/20/10 | Me/-AAD Treatment 02/20/10 to 03/21/10 [Applied 0D] 10 DYS NE. | | | 11/24/23 | | 07/29/28 |
| 03/22/10 | Me/-Pre Release Program 03/22/10 to 03/29/10 [Applied 0D] STRESS MANAGEMENT CLASS 2 DYS N.E. | | | 11/24/23 | | 07/29/28 |
| 04/01/10 | Me/-Pre Release Program 04/01/10 to 07/01/10 [Applied 0D] 30 DYS NE | | | 11/24/23 | | 07/29/28 |
| 01/24/11 | Me/-Discipleship Program 04/01/10 to 12/16/10 [Applied 0D] 30 DYS N.E. | | | 11/24/23 | | 07/29/28 |
| 03/31/11 | Me/-Therapeutic Comm Program 03/31/11 [Applied 0D] FAITH BASED PROGRAM 160 DAYS NE | | | 11/24/23 | | 07/29/28 |
| 03/31/11 | Me/-Discipleship Program 04/01/09 to 03/31/11 [Applied 0D] TUTOR- SUBSTANCE ABUSE 40 DAYS NE | | | 11/24/23 | | 07/29/28 |
| 03/31/11 | Me/-AAD Treatment 03/31/11 to 03/03/11 [Applied 0D] 60 DAYS NE | | | 11/24/23 | | 07/29/28 |
| 07/08/11 | Me/-Therapeutic Comm Program 12/17/10 to 06/17/11 [Applied 0D] 60 DAYS NE | | | 11/24/23 | | 07/29/28 |
| 07/08/11 | Me/-Pre Release Program 10/19/10 to 02/07/11 [Applied 0D] ART CLASS 36 DAYS NE | | | 11/24/23 | | 07/29/28 |
| 07/13/11 | Me/-Pre Release Program 04/08/11 to 06/01/11 [Applied 0D] MUSIC APPRECIATION 16 DYS N.E. | | | 11/24/23 | | 07/29/28 |
| 07/18/11 | Me/-Pre Release Program 04/08/11 to 06/01/11 [Applied 0D] SUBSTANCE ABUSE 80 DAYS N.E. | | | 11/24/23 | | 07/29/28 |
| 08/12/11 | Me/-AAD Treatment 08/04/11 to 08/04/11 [Applied 0D] FAITH BASED PROGRAM 90 DAYS N.E. | | | 11/24/23 | | 07/29/28 |
| 11/01/11 | Me/-Discipleship Program 04/01/11 to 07/01/11 [Applied 0D] FAITH BASED PROGRAM 90 DAYS N.E. | | | 11/24/23 | | 07/29/28 |

Case 3:15-cv-00282-HTW-LRA   Filed 05/14/15

| DATE | DESCRIPTION | HOUSE ARREST | PAROLE | ERS | TENTATIVE | MAX |
|---|---|---|---|---|---|---|
| 01/28/12 | Met:Therapeutic Comm Program 08/04/11 to 01/04/12 [Applied 0D] 60 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 04/08/12 | Met:Disciplinary Program 07/02/11 to 03/30/12 [Applied 0D] FAITH BASED PROGRAM 90 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 04/17/12 | Met:Special Detail 04/11/12 [Applied 0D] Long Term A&D Program Completion 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 08/07/12 | Met:Therapeutic Comm Program 01/05/12 to 04/04/12 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 08/07/12 | Met:A&D Treatment 01/20/12 to 04/20/12 [Applied 0D] SUBSTANCE ABUSE EDUCATION 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 12/20/12 | Met:Therapeutic Comm Program 08/01/12 to 11/30/12 [Applied 0D] 70 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 08/02/13 | Met:Therapeutic Comm Program 12/01/12 to 03/30/13 [Applied 0D] 40 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 07/24/13 | Met:Therapeutic Comm Program 03/31/13 to 06/30/13 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 10/21/13 | Met:Therapeutic Comm Program 07/01/13 to 09/30/13 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 02/07/14 | Met:Therapeutic Comm Program 10/01/13 to 01/01/14 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 04/02/14 | Met:Therapeutic Comm Program 01/02/14 to 04/02/14 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 07/16/14 | Met:Therapeutic Comm Program 04/03/14 to 07/03/14 [Applied 0D] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 10/21/14 | Met:Therapeutic Comm Program 07/04/14 to 10/04/14 [Applied 0D] 30 DAYS N.E. DUE TO CRIME | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 12/23/14 | Met:Therapeutic Comm Program 10/05/14 to 11/05/14 [Applied 0D] 30 DAYS N.E. DUE TO CRIME | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 11/12/14 | Met:Therapeutic Comm Program 10/05/14 to 11/05/14 [Applied 0D] 10 DAYS N.E. DUE TO CRIME | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 12/23/14 | Released On ERS 12/20/14 [Applied 0D] | | | | 07/29/26 | 07/29/26 |
| 01/09/15 | Return From ERS 12/20/14 to 01/09/15 [Applied 0D] | | | | 07/29/26 | 07/29/26 |

## Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 08/03/2006 | | | | 07/29/2028 | 07/29/2026 | |

Override:

Calculated:

Total Term To Serve: 20Y    Total Earned Time: 0D    Earned Time Lost: 0D    Total MET Earned: 0D    Total Trusty Time Earned: 0D

Comments:

REMOVED ALL MET AND TET PER EMAIL DIRECTIVE SCANNED DUE TO THIS INMATE IS SERVING A MANDATORY CRIME OF KIDNAPPING

Approval:                                                    AB

Approved By: _____    Date Approved:  1/14/2015

EXH
C-2

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** MONTALTO, STEPHEN 142738

**Computation Date:** 01/14/2015 14:08

**Housing:** CMCF, CMCF 720, BLD C, ZONE A, BED 0010

**Date Printed:** 01/28/2015 15:48

### Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/2008 | 17,937/1 | 1318:AGGRAVATED ASSAULT | 08/22/05 | Rankin | | | 6Y | N | | | | |
| 08/22/2008 | 17,937/2 | 1318:AGGRAVATED ASSAULT | 08/23/05 | Rankin | | | 6Y | N | | | | 17,937/1 |
| 09/04/2008 | 16,213/3 | 1008:KIDNAP MINOR | 11/04/05 | Rankin | 20Y | 20Y | | N | | | 17,937/1 | |
| 09/04/2008 | 16,213/4 | 1318:AGGRAVATED ASSAULT | 11/04/05 | Rankin | | | 6Y | N | | | 16,213/3 | |

☑ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| FROM | TO | Days |
|---|---|---|
| 08/22/05 | 08/23/05 | 1 |
| 09/22/05 | 09/22/05 | 90 |
| 10/07/06 | 10/13/06 | 2 |
| 11/04/06 | 08/22/2008 | 688 |

Total Jail Time: 781

Override:

### Computation Details:

| DATE | DESCRIPTION |
|---|---|
| 08/22/2008 | 17,937/1 1318:AGGRAVATED ASSAULT 20Y |
| 08/22/2008 | 17,937/2 1318:AGGRAVATED ASSAULT CS to 17,937/1 |
| 09/04/2008 | 16,213/3 1008:KIDNAP MINOR 20Y CC with 17,937/1 |
| 09/04/2008 | 16,213/4 1318:AGGRAVATED ASSAULT CS to 16,213/3 |
| 11/17/08 | Into Trusty Status 10/24/08 IN 7/8 OPEN C-CUSTODY |
| 12/08/09 | Out Of Trusty Status 10/24/08 N.E. TRT DUE T O KIDNAPPING MINOR SEX OFFENDER |
| 08/07/09 | Met-Unit Support/Comp Support 04/01/09 to 08/31/09 LIBRARY POD ORDERLY 20 DYS N.E. DUE TO IN 7/8 FOR A JOB. |
| 06/05/09 | Met-Discipleship Program 01/07/09 to 03/31/09 26 DYS N.E. |
| 06/04/09 | Met-Discipleship Program 06/01/09 to 08/08/09 22 DYS N.E. |
| 01/14/09 | Met-Pre Release Program 10/01/08 to 12/28/08 FATHERHOOD INITIATIVE PROGRAM 20 DYS N.E. |
| 11/23/09 | Met-Pre Release Program 12/20/08 to 01/18/10 COGNITIVE SKILLS 7 DYS N.E. |
| 03/08/10 | Met-AAD Treatment 01/19/10 to 02/19/10 10 DYS NE. |
| 03/24/10 | Met-AAD Treatment 02/20/10 to 03/21/10 10 DYS NE. |
| 04/01/10 | Met-Pre Release Program 03/22/10 to 03/24/10 STRESS MANAGEMENT CLASS 2 DYS N.E. |
| 07/09/10 | Met-Discipleship Program 04/01/10 to 07/01/10 30 DYS NE |
| 01/24/11 | Met-Therapeutic Comm Program 09/18/10 to 12/16/10 30 DYS NE |
| 07/05/11 | Met-Discipleship Program 04/01/09 to 03/31/11 FAITH BASED PROGRAM 100 DAYS NE |
| 03/31/11 | Met-Therapeutic Comm Program 12/17/10 to 03/17/11 60 DAYS NE |
| 02/07/11 | Met-Pre Release Program 10/19/10 to 02/07/11 ART CLASS 35 DAYS NE |
| 07/13/11 | Met-Pre Release Program 04/09/11 to 08/01/11 MUSIC APPRECIATION 16 DYS N.E. |
| 07/05/11 | Met-Therapeutic Comm Program 01/03/11 to 05/03/11 TUTOR- SUBSTANCE ABUSE 40 DAYS NE |
| 07/13/11 | Met-AAD Treatment 08/04/11 to 08/04/11 SUBSTANCE ABUSE 30 DAYS N.E. |
| 08/12/11 | Met-Discipleship Program 04/01/11 to 07/01/11 FAITH BASED PROGRAM 30 DAYS N.E. |

| DATE | DESCRIPTION |
|---|---|
| 01/28/12 | Met-Therapeutic Comm Program 08/04/11 to 01/04/12 80 DAYS N.E. |
| 04/08/12 | Met-Disciplineship Program 07/02/11 to 03/30/12 FAITH BASED PROGRAM 90 DAYS N.E. |
| 04/17/12 | Met-Special Detall 04/11/12 Long Term A&D Program Completion 30 DAYS N.E. |
| 03/07/12 | Met-Therapeutic Comm Program 01/05/12 to 04/04/12 30 DAYS NE. |
| 03/07/12 | Met-AAD Treatment 01/30/12 to 04/30/12 SUBSTANCE ABUSE EDUCATION 30 DAYS N.E. |
| 12/20/12 | Met-Therapeutic Comm Program 08/01/12 to 11/30/12 70 DAYS N.E. |
| 05/02/13 | Met-Therapeutic Comm Program 12/01/12 to 03/30/13 40 DAYS N.E. |
| 07/09/13 | Met-Therapeutic Comm Program 03/31/13 to 06/30/13 30 DAYS N.E. |
| 10/03/13 | Met-Therapeutic Comm Program 07/01/13 to 09/30/13 30 DAYS N.E. |
| 01/03/14 | Met-Therapeutic Comm Program 10/01/13 to 01/01/14 30 DAYS N.E. |
| 02/20/14 | Met-Therapeutic Comm Program 01/02/14 to 04/02/14 30 DAYS N.E. |
| 04/03/14 | Met-Therapeutic Comm Program 04/03/14 to 07/03/14 30 DAYS N.E. |
| 07/17/14 | Met-Therapeutic Comm Program 07/04/14 to 10/04/14 30 DAYS N.E. DUE TO CRIME |
| 10/28/14 | Met-Therapeutic Comm Program 10/05/14 to 11/05/14 10 DAYS N.E. DUE TO CRIME |
| 11/27/14 | Released On ERS 12/20/14 |
| 11/23/14 | Return From ERS 12/23/14 to 01/08/15 |

**Summary:**

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 06/03/2006 | | | | 07/29/2026 | 07/29/2026 | |

Total Term To Serve: 20Y   Total Earned Time: 0D   Earned Time Lost: 0D   Total MET Earned: 0D   Total Trusty Time Earned: 0D

Comments:

ExH
C-3

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** MONTALTO, STEPHEN 142736

**Computation Date:** 04/03/2014 16:23

**Housing:** EAST MISS. CCF, EMCF UNIT 2, POD A, BED 106L

**Date Printed:** 07/01/2014 09:38

### Sentences:

| DATE | CAUSE/COURT | OFFENSE | COMMITTED | COUNTY | CRIME | HOUSE | PROBATION Hist | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/08 | 17,987/1 | 1316:AGGRAVATED ASSAULT | 08/22/08 | Rankin | | | | | | | |
| 08/22/08 | 1316 | 1316:AGGRAVATED ASSAULT | 08/22/08 | Rankin | | | N | | 17,987/1 | 17,987/1 | |
| 08/22/08 | 18,213/2 | 1090:KIDNAP | 11/04/08 | Rankin | 25Y | 5Y | N | | | | |
| 08/22/08 | 18,213/4 | 1316:AGGRAVATED ASSAULT | 11/04/08 | Rankin | | 5Y | N | | | | |

☐ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| FROM | TO | Days |
|---|---|---|
| 08/22/08 | 04/23/06 | 1 |
| 08/24/08 | 09/22/08 | 30 |
| 10/11/06 | 13/13/06 | 2 |
| 11/04/08 | 09/22/08 | 688 |

Total Jail Time: 721    Override:

### Computation Details:

| DATE | DESCRIPTION |
|---|---|
| 08/22/08 | 17,987/1:1316:AGGRAVATED ASSAULT 20Y |
| 08/22/08 | 17,987/2:1316:AGGRAVATED ASSAULT 20 to 17,987/1 |
| 09/22/08 | 18,213/2:1090:KIDNAP-20Y CC with 17,987/1 |
| 08/22/08 | 18,213/4:1316:AGGRAVATED ASSAULT C 08 to 18,213/3 |
| 11/27/09 | Imp.Trusty Status 08/29/09 IN T/8 OPEN CUSTODY |
| 11/27/09 | Trusty Earned Time 10/28/09 to 11/27/09 :30D |
| 12/27/09 | Trusty Earned Time 11/27/09 to 12/27/09 :30D |
| 01/28/09 | Trusty Earned Time 12/27/09 to 01/28/09 :30D |
| 02/26/09 | Trusty Earned Time 01/28/09 to 02/26/09 :30D |
| 03/27/09 | Trusty Earned Time 02/26/09 to 03/27/09 :30D |
| 04/26/09 | Trusty Earned Time 03/27/09 to 04/26/09 :30D |
| 05/26/09 | Trusty Earned Time 04/26/09 to 05/26/09 :30D |
| 06/26/09 | Trusty Earned Time 05/26/09 to 06/26/09 :30D |
| 07/17/09 | Mid-Unit Supen/Comp Suppat 04/21/09 to 6501/09 LIBRARY POD ORDERLY 26 DAYS N.E. DUE TO IN T/9 FOR A JOB. |
| 07/24/09 | Trusty Earned Time 06/26/09 to 07/24/09 :30D |
| 08/24/09 | Trusty Earned Time 07/24/09 to 08/24/09 :30D |
| 08/24/09 | Mid-Discipleship Program 04/07/09 to 03/21/08 : 28D |
| 08/24/09 | Mid-Discipleship Program 06/24/09 to 08/24/09 : 22D |
| 08/26/09 | Trusty Earned Time 08/24/09 to 08/25/09 :3ED |
| 10/25/09 | Trusty Earned Time 08/25/09 to 10/25/09 :3ED |
| 11/22/09 | Trusty Earned Time 10/25/09 to 11/22/09 :3ED |
| 11/22/09 | Trusty Earned Time 11/22/09 to 12/22/09 :3ED |
| 12/25/09 | Trusty Earned Time 11/22/09 to 12/22/09 :30D |
| 12/28/09 | Mid-Pre Release Program 10/01/09 to 12/25/09 :3ED |
| | Mid-FATHERHOOD INITIATIVE PROGRAM |

| Date | Description |
|---|---|
| 01/21/10 | Trusty Earned Time 12/22/09 to 01/21/10 : 30D |
| 02/20/10 | Trusty Earned Time 01/21/10 to 02/20/10 : 30D |
| 02/23/10 | Mat-Pre Release Program 12/22/09 to 01/19/10 : 7D COGNITIVE SKILLS |
| 02/24/10 | Mat-AAD Treatment 01/19/10 to 02/16/10 : 1BD |
| 03/22/10 | Trusty Earned Time 02/20/10 to 03/22/10 : 30D |
| 03/30/10 | Mat-AAD Treatment 02/20/10 to 03/21/10 : 1BD |
| 04/21/10 | Trusty Earned Time 03/22/10 to 04/21/10 : 30D |
| 04/21/10 | Mat-Pre Release Program 09/22/10 to 03/28/10 : 3D STRESS MANAGEMENT CLASS |
| 09/21/10 | Trusty Earned Time 04/21/10 to 05/21/10 : 30D |
| 07/20/10 | Trusty Earned Time 05/21/10 to 06/20/10 : 30D |
| 07/22/10 | Trusty Earned Time 06/20/10 to 07/20/10 : 30D |
| 07/22/10 | Mat-Disciplinship Program 04/01/10 to 06/24/10 : 30D |
| 08/19/10 | Trusty Earned Time 07/20/10 to 08/19/10 : 30D |
| 12/18/10 | Trusty Earned Time 08/19/10 to 09/18/10 : 30D |
| 12/17/10 | Trusty Earned Time 10/18/10 to 11/17/10 : 20D |
| 12/17/10 | Trusty Earned Time 11/17/10 to 12/17/10 : 30D |
| 01/18/11 | Trusty Earned Time 12/17/10 to 01/16/11 : 30D |
| 01/24/11 | Mat-Therapeutic Comm Program 09/16/10 to 12/16/10 : 30D |
| 02/16/11 | Trusty Earned Time 01/16/11 to 02/15/11 : 30D |
| 03/17/11 | Trusty Earned Time 02/15/11 to 03/17/11 : 30D |
| 04/16/11 | Trusty Earned Time 03/17/11 to 04/16/11 : 30D |
| 08/31/11 | Mat-Disciplinship Program 04/02/09 to 03/31/11 : 40D TUTOR- SUBSTANCE ABUSE |
| 08/31/11 | Trusty Earned Time 04/16/11 to 05/16/11 : 30D |
| 07/20/11 | Mat-Pre Release Program 10/19/10 to 02/07/11 : 8D ART CLASS |
| 07/19/11 | Mat-Therapeutic Comm Program 10/7/10 to 04/7/11 : 8D MUSIC APPRECIATION |
| 07/18/11 | Trusty Earned Time 05/16/11 to 06/15/11 : 30D |
| 08/23/11 | Mat-AAD Treatment 05/04/11 to 06/01/11 : 30D SUBSTANCE ABUSE |
| 08/31/11 | Mat-Disciplinship Program 04/02/11 to 07/07/11 : 30D |
| 09/22/11 | Mat-AAD Treatment 06/04/11 to 04/01/11 : 1BD SUBSTANCE ABUSE |
| 10/15/11 | Trusty Earned Time 06/15/11 to 07/15/11 : 30D FAITH BASED PROGRAM |
| 11/12/11 | Trusty Earned Time 10/13/11 to 11/5/11 : 30D |
| 12/7/11 | Trusty Earned Time 11/12/11 to 12/12/11 : 30D |
| 01/11/12 | Trusty Earned Time 12/12/11 to 01/11/12 : 30D |
| 01/24/12 | Mat-Therapeutic Comm Program 08/04/11 to 01/04/12 : 8D |
| 02/14/12 | Trusty Earned Time 01/11/12 to 02/10/12 : 30D |
| 03/11/12 | Trusty Earned Time 02/10/12 to 03/11/12 : 30D |
| 04/09/12 | Mat-Disciplinship Program 07/02/11 to 03/20/12 : 8D FAITH BASED PROGRAM |
| 04/11/12 | Trusty Earned Time 03/11/12 to 04/10/12 : 30D |
| 04/11/12 | Mat-Sponsell (Detail) 04/11/12 : 30D Long Term A&D Program Completion |
| 08/07/12 | Mat-Therapeutic Comm Program 01/08/12 to 04/04/12 : 8D |
| 08/07/12 | Mat-AAD Treatment 01/30/12 to 04/09/12 : 30D SUBSTANCE ABUSE EDUCATION |
| 09/08/12 | Trusty Earned Time 05/10/12 to 06/09/12 : 30D |
| 07/09/12 | Trusty Earned Time 06/09/12 to 07/09/12 : 30D |
| 08/09/12 | Trusty Earned Time 07/09/12 to 08/09/12 : 30D |
| 08/07/13 | Trusty Earned Time 08/09/12 to 09/07/12 : 30D |
| 08/07/12 | Trusty Earned Time 09/07/12 to 10/07/12 : 30D |

| Date | Description |
|---|---|
| 12/28/12 | Trusty Earned Time 11/07/12 to 11/08/12 : 00D |
| 12/20/12 | Trusty Earned Time 11/09/12 to 12/20/12 : 70D |
| 01/05/13 | Met-Therapeutic Comm Program 08/01/12 to 11/09/12 : 700 |
| 01/05/13 | Trusty Earned Time 12/20/12 to 01/05/13 : 00D |
| 02/04/13 | Trusty Earned Time 01/06/13 to 02/04/13 : 00D |
| 03/08/13 | Trusty Earned Time 02/04/13 to 03/08/13 : 00D |
| 04/08/13 | Trusty Earned Time 03/08/13 to 04/08/13 : 00D |
| 06/03/13 | Met-Therapeutic Comm Program 12/01/12 to 03/03/13 : 40D |
| 04/08/13 | Trusty Earned Time 04/08/13 to 05/06/13 : 30D |
| 07/04/13 | Trusty Earned Time 05/06/13 to 06/04/13 : 30D |
| 07/04/13 | Trusty Earned Time 06/04/13 to 07/04/13 : 30D |
| 07/28/13 | Met-Therapeutic Comm Program 03/31/13 to 06/30/13 : 30D |
| 08/03/13 | Trusty Earned Time 07/04/13 to 08/03/13 : 30D |
| 08/03/13 | Trusty Earned Time 08/03/13 to 09/03/13 : 30D |
| 10/02/13 | Trusty Earned Time 09/03/13 to 10/02/13 : 30D |
| 10/13/13 | Met-Therapeutic Comm Program 07/01/13 to 09/30/13 : 30D |
| 11/01/13 | Trusty Earned Time 10/02/13 to 11/01/13 : 30D |
| 12/01/13 | Trusty Earned Time 11/01/13 to 12/01/13 : 30D |
| 12/01/13 | Trusty Earned Time 12/01/13 to 12/31/13 : 30D |
| 01/06/14 | Trusty Earned Time 12/31/13 to 01/06/14 : 30D |
| 02/11/14 | Met-Therapeutic Comm Program 10/01/13 to 01/01/14 : 30D |
| 03/01/14 | Trusty Earned Time 01/06/14 to 03/01/14 : 30D |
| 03/01/14 | Met-Therapeutic Comm Program 01/02/14 to 04/02/14 : 30D |
| 03/31/14 | Trusty Earned Time 03/01/14 to 03/31/14 : 30D |
| 04/30/14 | Trusty Earned Time 03/31/14 to 04/30/14 : 30D |
| 05/28/14 | Trusty Earned Time 04/30/14 to 05/28/14 : 30D |

**Summary:**

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 08/03/2006 | | | 08/10/2015 | 02/12/2018 | 07/29/2026 | |

| Total Term To Serve: 20Y | Total Earned Time: 2Y 249D | Earned Time Lost: 0D | Total MET Earned: 2Y 289D | Total Trusty Time Earned: 6Y 249D |
|---|---|---|---|---|

Comments:

EXH D

THE STATE OF MISSISSIPPI
COUNTY OF RANKIN

JAN 2 2 2007

Cause No. 18213

*Indictment for the offense of:*
**KIDNAPPING §97-3-53**
**AGGRAVATED ASSAULT §97-3-7(2)**
**ESCAPE §97-9-49**

## IN THE CIRCUIT COURT OF SAID COUNTY, JULY TERM, 2006
### Recalled December 19, 2006

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empanelled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### COUNT I

STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, willfully, unlawfully, feloniously, forcibly seize and confine Sean Grace, a human being, with the intent to cause the said victim to be secretly confined or imprisoned against his will, in violation of Mississippi Code Annotated §97-3-53 (1972), as amended; and,

### COUNT II

And, based upon a series of acts connected together and constituting parts of a common scheme and plan, STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, did unlawfully, feloniously, knowingly and intentionally cause or attempt to cause bodily injury to Jennifer Grace, a human being, by causing her to fall on the pavement and wound her left forearm and cause a contusion on the middle of her forehead, while driving a vehicle in a reckless manner, a means likely to produce death or serious bodily injury, in violation of Mississippi Code Annotated Section 97-3-7(2)(1972), as amended; and,

### COUNT III

And, based upon a series of acts connected together and constituting parts of a common scheme and plan, STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, did willfully, unlawfully, and feloniously escape from the custody of the Flowood Police Department, Rankin County, Mississippi, at a time when he was then and there lawfully confined in the custody of said Flowood Police Department, said confinement being by virtue of

105

being booked in the jail for the felony crime of Kidnapping and Aggravated Assault, in violation of Mississippi Code Annotated §97-9-49 (1972) as amended, and,

All of the above, Count I, Count II and Count III, being against the peace and dignity of the State of Mississippi.

Endorsed: A True Bill

Foreman of the Grand Jury                                    #497  District Attorney

## AFFIDAVIT

COMES NOW James Buckhalter, Foreman of the July, 2006, Rankin County Grand Jury, and makes oath that this indictment presented to this Court was concurred in by twelve (12) or more members of the Grand Jury and that at least fifteen (15) members thereof were present during all deliberations.

FOREMAN OF THE GRAND JURY

SWORN TO AND SUBSCRIBED before me on this ____ day of _January_ , A. D., 2007.

CAROL SWILLEY, CIRCUIT CLERK

BY: _____ D.C.

A# 142736

*EXH D*

### STATE OF MISSISSIPPI
### PRISONER COMMITMENT NOTICE

County of RANKIN

Case No. 18,213

### TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS

You are hereby notified that at the September term, 2008, of the Circuit Court Judge Bill Chapman presiding, the following named person pled guilty, was convicted and sentenced to a term in the state penitentiary, as follows:

I.  Name MONTALDO, STEPHEN D
    SSN 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  Race White                                    Alias
    Last known residence    0            Sex Male  Date of Birth 10/01/1975
    Place of birth                                        Country of Citizenship
    Alien Registration/Immigration #                              FBI#

II. Crime/Code              Length of Sentence      Originating Case #   Agency
    KIDNAPPING - COUNT I; AGGRAVATED ASSAULT - COUNT II;
    ESCAPE - COUNT III   **** PLED TO COUNT I & II ************
    97-3-53              20 YRS EA CT C/C                  0
    Desc of Crimes   NOVEMBER 4, 2006

III. Date of sentence 09/22/2008  Credit for time served
     To Serve              Suspended                  Probation
     20 YRS                20 YRS CT II               5 YRS SUPERVISED
     To run concurrent with case(s)
     To run consecutive to case(s) 17937
     Habitual NO           Probation Revocation NO                RID NO
     Shock Probation NO    Psycho/Psychiatric NO      Alcohol/Drug Treatment NO

IV.  Date Appealed                Disposition Date
     Confined in Jail    to
     Released on Bond
     Presently housed in

V.   Fine .00  Restitution .00  Court Costs .00  Other .00
     Conditions or Payment SEE NO. 17937 FOR COSTS

PROCESSED
MDOC RECORDS
By _____
Date 9/25/08

CAROL SMILEY, CIRCUIT CLERK
Circuit Clerk of Rankin County

By: _____
Date 09/23/2008

Director of Records
Data Operations
P O Box 24388
Jackson MS 39205

INS Liaison
Mississippi Supreme Court
P O Box 117
Jackson MS 39205-0117
                SCIS Form 1  4/28/93

EXH

E

EXH

E

## STATE OF MISSISSIPPI
### DEPARTMENT OF CORRECTIONS
#### DIVISION OF COMMUNITY CORRECTIONS

Page ____ of ____

## VIOLATION REPORT FORM

Minor: ☒   Major: ☐

TO: DCC Jerry Williams

Date

Name: STEPHEN MONTALTO          MDOC# 142736     STATE   Mississippi

Violator

Type of Violation  Technical

Location  Brandon                                    Rankin

City                                                County

Date Violation Occurred 01/09/2015            Jailed ☐     ☒
                                                     Yes    No

If Jailed, give: Date of Arrest _____

Place Confined _____

Describe, in detail, all facts relating to conditions allegedly violated:

Inmate Stephen Montalto was sentenced on 09/22/2008 in Rankin County to serve 20 years for kidnapping CT Y and AGG. Assault CT II charges. Inmate Montalto was placed on ERS 12/20/2014. After being released from prison residence was denied by Rankin County Sheriff's Office on the law of Sex offender Registry. Residence does not meet requirements. Inmate Montalto was given time to try to find a new residence that would meet the requirements of Sex Offender Laws. Inmate Montalto was unable to do so and was taken into custody and returned to CMCF. Violation packet was completed and turn in at R&D at CMCF.

Recommendation:

☒ Refer to court/releasing authority for revocation consideration
☐ Continue under supervision
☐ Additional restrictions or guidelines as follows:

violated conditions of ERS.

Justification:
Residence was denied due to SEX  OFFENDER REGISTRY

_____                    Glen McCoy FO III
Supervisor's Signature                     Field Officer's Name (print/type)

                                           _____
                                           Field Officer's Signature

MDOC.01.F-4
MDOC.01
Revised: 10/07 Effective: 10/15/07

E

(MSP) ☐   (CWC) ☐
(CMCF) ☐   (SMCI) ☐
(OTHER) Community Corr.

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

**RULE VIOLATION REPORT**

ERS                                    RVR# 01092015

(Unit Admin Init.) _____   Zone/Tier _____   Unit _____   Cell/Bed# _____

Offender: STEPHEN MONTALTO         MDOC# 142755      Violent Prob # B12      Entitled

violated conditions of ERSd                Date    1/9/2015.    Approx. Time 0700    hours

by the specific act of residence was denied ( Sex Offender Registry Laws).

Circumstances and Details

Residence was denied by Rankin County Sheriff's Office on the law of Sex Offender Registry. Residence does not meet requirements.

Reporting Employee's Signature: _____ [signature] Title: FO III   PIN# 538881   Date 1/9/2015
Residence ☒ No ☐ Yes Located n/a              Placed in Seg-PDA ☒ No ☐ Yes - Location _____

I request investigation and witness(es) ☒ No ☐ Yes.  Witness(es) 1) n/a    I waive the right to a Hearing ☒ No ☐ Yes
2) n/a
Attested: STEPHEN MONTALTO    Del. Employee: _____ [signature] Date 1/9/2015    Time 0800 hours

Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than seven (7)
working days in the appropriate hearing office.

Heard by ☐ Disciplinary Committee ☐ Hearing Officer
Working days between date of violation and hearing _____    If more than seven (7) working days, explain: _____

Print Full Name of Persons at Hearing - Accused STEPHEN MONTALTO        Chairperson _____

Member _____                    Member _____                    Member _____

Other _____

Accused ☐ Admit ☐ Deny              Accused Statement: _____

Documents read and disclosed:   RVR ☐   Investigation ☐   Witness(es) Statement ☐
Other (specify) _____
Findings: ☐ Guilty ☐ Not Guilty      Punishment, if Guilty _____

Reason(s): _____

Signature: _____                                    Date: _____
        CHAIRPERSON/HEARING OFFICER
Disciplinary Committee Members: _____

Appeal may be filed with Institutional Superintendent within 15 days after receipt of disciplinary decision.    Date _____

Offender Signature STEPHEN MONTALTO.                                    Date _____

Signature of Reviewing Warden/Designee: _____                          Date _____

Loss of Earned Time ☐ Approved ☐ Disapproved

                            Commissioner of Corrections or Designee _____

Original with All Attachments - Records    1st Copy - Offender    2nd Copy - Working File    1st Copy - Reporting Employee

Case 3:15-cv-00282-HTW-LRA Document 1 Filed 04/14/15 Page 28 of 64

E-3

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

| (MSP) ☐ | (CWC) ☐ |
| (CMCF) ☐ | (SMCI) ☐ |
| (OTHER) Community Corr. |

## RULE VIOLATION REPORT

ERS                                                    RVR# 01092015

| (Unit Admit. Init.) | | Zone/Tier | Unit | Cell/Bed# |

Offender: STEPHEN MONTALTO                MDOC# 142736            Violated Rule # B52          Entitled

violated conditions of ERSa                Date: 1/9/2015    Approx. Time 0700    hours

by the specific act of residence was denied ( Sex Offender Registry Laws)

Circumstances and Details

Residence was denied by Rankin County Sheriff's Office on the law of Sex Offender Registry. Residence does not meet requirements.

Reporting Employee's Signature: _____ M^Co^ _____   Title: FOHII   PIN# 538881   Date: 1/9/2015

Evidence ☒ No ☐ Yes Located ink _____    Placed in Seg-PDA ☒ No ☐ Yes - Location _____

I request investigation and witnesses ☒ No ☐ Yes   Witnesses 1) n/a _____   I waive the right to a Hearing ☒ No ☐ Yes
2) n/a

Accused: STEPHEN MONTALTO   Del. Employee: _____   Date 1/9/2015   Time 0800 hours

Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than seven (7) working days in the appropriate hearing office.

Heard by ☐ Disciplinary Committee ☒ Hearing Officer   10

Working days between date of violation and hearing _____   If more than seven (7) working days, explain: the paperwork Sent to Central Office for review 24 hr ntice. Holiday processed in the order recieved.

Print Full Name of Persons at Hearing - Accused STEPHEN MONTALTO   Chairperson K. Cooper

Member: _____   Member: N/A   Member: _____

Other: _____

Accused ☐ Admit ☑ Deny

Accused Statement: Not Guilty due to the residence I was released to was approved for MDOC requirements and sex offender registry.

Documents read and discussed: RVR ☑   Investigation ☐   Witness(es) Statement ☐
Other (specify) warrant, violation report, remove ers. Reclassification

Findings: ☑ Guilty   ☐ Not Guilty   Punishment, if Guilty _____

Based on the reporting officers report and evidence presented at hearing.

Signature: K. Cooper   Date: 1/09/15

**CHAIRPERSON/HEARING OFFICER**   N/A

Disciplinary Committee Members: _____

Appeal may be filed with institutional Superintendent within 15 days after receipt of disciplinary decision.

Offender Signature: STEPHEN MONTALTO _____   Date: 1/09/15

Signature of Reviewing Warden/Designee: _____   Date: 1/29/15

Loss of Earned Time ☐ Approved   ☐ Disapproved

Commissioner of Corrections or Designee _____



E & H
E-3

STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Ronald King, Superintendent
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39288
(601) 932-2884

## DISCIPLINARY SUMMARY REPORT

### CENTRAL MISSISSIPPI CORRECTIONAL FACILITY
### DISCIPLINARY DEPARTMENT

Date: 1/29/15                    HEARING OFFICER: Katrina Cooper

Consideration:

OFFENDER: Stephen Montalto              MDOC # 142736

RVR LOG #: 0109 2015                    RULE #: B-32

ENTITLED: FAILURE TO ABIDE BY THE STATEMENT OF CONDITIONS OF
RELEASE FOR ERS/EARNED RELEASE SUPERVISION
HEARING PROCESS RESULTS

Offenders Plea***********Guilty*********Guilty With Modification**********Not Guilty

Hearing Officers Decision******************Guilty ********************************Not Guilty

Disposition: Revoke ERS
Reclassification

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _Katrina Cooper

Tape CNQ side B

723 NORTH PRESIDENT STREET · JACKSON, MISSISSIPPI 39202
PHONE: (601)359-5600 · FAX: (601)359-5624





**ARP-2**

Ex
6

# MISSISSIPPI DEPARTMENT OF CORRECTIONS
## Administrative Remedy Program

## EMCF-15-494

## FIRST STEP RESPONSE FORM
## For RVRs

You must return your response to the Legal Claims Adjudicator **within 30 days** of the date you signed for this request.

**Offenders' Name and #:  Stephen Montalto #142736**
                    **Unit:   EMCF**

1st Step Respondent:  **Christy Gutherz**
          Title:   **Community Corrections Director Region II**

Your request for Administrative Remedy concerning your appeal of RVR# 01092015, Failure to complete the conditions of ERS has been investigated by the Administrative Remedy Program.  State Statute reflects that your offense (kidnapping of a minor) is classified as a sex offense and you are therefore ineligible for ERS, MET and Trusty time.

Your request for reinstatement of trusty time, ERS and MET is denied.

_____          _____
               Signature                                    3/17/2015
                                                              Date

The above named inmate has fulfilled the requirements of the Administrative Remedy Program for an RVR appeal and is eligible to seek judicial review within 30 days of receipt of this First Step Response.

_____          _____
Inmate's Signature MDOC # Date

H

ARP FORM

## MISSISSIPPI DEPARTMENT OF CORRECTIONS
## ADMINISTRATIVE REMEDY PROGRAM

CASE NUMBER

FROM: Stephen Montalto      142736      E.M.C.F. 2A-107
Inmate Name                 MDOC #      Unit

DATE: 2/10/15

This is a Request for Administrative Remedy    RVR APPEAL

I was registered as a sex offender on 12-4-14 along with the Rankin County residence of Barbara Montalto before my release from prison, in accordance with sex offender registry law § 45-33-27(2). This took place at E.M.C.F. by Administrator Tyrone Hersey, and the paperwork was sent to M.D.O.C. and was approved. I was released from prison on Saturday 12/20/14, and appeared at the Department of Public Safety within the 3 day time frame, on Monday 12/22/14, to acquire my sex offender registration I.D card. However, DPS did not have my pre-release sex offender registry paperwork that M.D.O.C. was supposed to foward to them as required by the above law. Therefore, DPS directed me to the Rankin County Sheriff's office to re-register before they could issue me a sex offender registry I.D card.

The Sheriff's office informed me, on 12/22/14, that I could not live at the ERS residence of Barbara Montalto because it was too close to the YMCA and park. Officer Lovett of the Rankin County Sheriff's Department and ERS Officer McCoy had erred in approving the Rankin County residence before my release from prison by failing to measure the distance of the residence to the YMCA and park to make sure it was at least 3,000 feet away and met sex offender registry law § 45-33-25. The residence of Barbara Montalto is not more than 3,000 feet from the YMCA and park. However, it was approved for my release and is the residence on my ERS Certificate and pre-release. Sex offender registry paperwork, and was the residence I was released to on 12/20/14. It then became the very same Rankin County residence the Sheriff's office denied on 12/22/14, 2 days after my release from prison.

* See Next page for Continuation, please.
Offender Signature: Steph Malth

2

The residence check error of officers Lovett and McCoy cannot be blamed on me. They were fully notified before my release to check the residence of Barbara Montalto 1075 Windrose Dr. Brandon, MS. 39047 for ERS and Sex offender requirements and all requirements were approved ie Exhibit A Release County - RANKIN, passed ERS Audit 11-19-14, NCIC 11-7-14, Analyst Raven Henderson 12-1-14 submitted this residence and Sex offender, Date check registered 12-5-14, certified mailed 12-8-14, ERS scheduled release 12-20-14. Any claim that the officers were unaware to check for sex offender registry is inexcusable and untrue.

Field officer McCoy's RVR and report stated circumstances and details that omitted the fact that the residence was approved for my release. Their argument would insinuate that M.D.O.C. let me out without an approved residence. M.D.O.C. policies gives strict guidelines for Earned Release Supervision which include a residence investigation. This means before I was released a field officer signed off in approval of the residence that I was released to.

There also appeared to be police Malfeasance and a Conflict of interest. Officer Lovett was my arresting officer for the Kidnapping charge and has since then become the officer over Sex offender registry for the Rankin County Sheriff's Department. Having to report to him put me at a severe disadvantage. His account of the 11/4/06 kidnapping was very different from what actually occured. Now it appeared that his agenda was to violate my ERS from the first day I reported to him on 12/22/14. This is evident by his residence denial foul up that I'm being blamed for, and the fact that on 12/22/14, he gave me only until that evening to find, obtain, and register a new residence that was within the legal limits. This is unreasonable when M.D.O.C. gives 90 days to furnish a residence from within the system. Nevertheless, I fully complied with officer Lovett's instructions. He placed me under the guidance of Officer Borton of

Hinds County over sex offenders and I obtained legal residence in Hinds County at the Billy Brumfield House on 12/22/14 and the Exodus House on 1/7/15. *Exhibit B Sex offender registration Identification cards for both dates and residences. Officer Burton approved the residences for up to 3 months while he guided me toward more permanent housing. He also directed me to transfer my ERS from Rankin to Hinds County and ERS officers Gibbons and McCoy agreed to do the transfer. I also relayed the message from officer Burton to the ERS officers that if they had any doubts or concerns to call him. *Due to time Constraints I was unable to contact officer Burton and obtain an affidavit for this ARP. He is available as a witness for future reference.

I made an appointment with ERS officer Gibbons for 1/9/15 at 7:30 A.M. to transfer my ERS to Hinds County. Officer Gibbons was not present when I first arrived at 7:30 A.M. on 1/9/15. I was seen by officer McCoy instead who changed his mind and decided he would not do the transfer to Hinds County. First he said he didn't approve of the "Exodus" Halfway House because he mistook it to be federally funded, which it is not. Therefore a sex offender can live there. He changed his mind about doing any transfer to Hinds County, for I could still live at the Shelter or a friends house.

Instead he brought back up the Rankin County Sheriffs denial of the ERS residence of Barbara Montalto of Rankin County that I was released to. He said, "you should not have been released to that residence." I pleaded, "but you were the officer who approved the residence before my release." The fact that officer McCoy and the Rankin County Sheriffs Department determined I could not live there after they already approved the Rankin County residence was the whole reason we were doing the transfer to Hinds County. Officer McCoy said, "I'm losing Sleep over this. They're not going to blame this on me. I like my little job and versa." He said he was letting another department handle it and that I would get a new residence

4

approved quickly from inside the system and be released once again on earned release Supervision.

ON 1/9/15, I was returned from ERS due to officer McCoy's error and residence denial RVR. From 1/9/15 to 1/23/15, more than 7 working days had passed and I did not receive a disciplinary hearing on that RVR. On 1/23/15, at my Classification hearing, Ms. Evans was told by the disciplinary officer Ms. Cooper that there was a note with the RVR that said do not hold RVR against offender. This note was misleading and only gives a false impression of being in my favor when it has actually caused Severe harm and prejudice. The RVR was used to wrongfully arrest and strip me of my freedom and detain me under false pretense, while the records department tampered with my time Sheet, that changed both the charge and NCIC code I was originally Sentenced under. C.M.C.F. and M.D.O.C.'s failure to follow the proper Steps of the RVR disciplinary process have caused Serious Constitutional Due process and Civil Rights Violations. These Violations have changed my time Sheet and Sentence without a proper hearing.

My time Sheet was altered on 1/14/15 at 14:08 (twice) before my disciplinary hearing on 1/29/15 and before the Classification hearing on 1/23/15. See time Sheet Exhibit C. Disciplinary officer Ms. Cooper stated that a 1/16 review and holiday was the reason for having the hearing late and beyond 7 Working days, but that is false. A review was requested and a report was Submitted by Classification officer Ms. Evans on 1/23/15. This was also beyond 7 Working days from 1/9/15 RVR. Therefore, my Due process rights were Violated in respect to the time Sheet alteration and the order and time frame of both Classification and disciplinary hearings. The correct order is Supposed to be disciplinary hearing, revocation hearing, then re-Classification.

On 1/29/15, I was found guilty of RVR #0109 2015 that Cited a Violation of Rule #832 by the Specific act of

residence was denied by the Rankin County Sheriff's office due to (Sex offender Registry laws). It is illogical and unjust for me to be found guilty. My RVR asserts I violated the rules because my residence was denied. I violated no rules. M.D.O.C. obviously did not follow appropriate policy and procedure as specifically detailed in MDOC SOP #15-04-01. It was approved, then denied, which is an error by M.D.O.C. This is something the RVR and reports fail to include. M.D.O.C. would not have released me from prison without an approved address. I registered twice to approved addresses - approved by officer Lovett from Rankin County and officer Burton from Hinds County and I was issued 2 Seperate registry cards.

This RVR is listed as a technical violation, see attached Exhibit D Pursuant to M.C.A § 47-7-37(5), I face up to 90 days in a technical violation or restitution center. Contrarily, on 1/14/15, the records Department drastically changed my time sheet against me without a disciplinary, classification, revocation, or court ordered hearing. My original charge of Kidnapping was changed to kidnap of minor and all my trusty status and meritorious Earned time associated with the kidnapping and aggravated assault charges that are ran concurrent was taken away. See Exhibit E my time Sheets from 10/28/2014 &
Before ERS on 12/20/14 Stated:        04/03/2014

| Offense | Computation Date | Description |
|---|---|---|
| 099: Kidnap | 11/17/08 | Into Trusty Status 10/28/08 in T/S open C-Custody |

| Offense | See Exhibit F my time Sheets after ERS: 1/14/2015 & 14:08 | |
|---|---|---|
| 299: Kidnap | | 1/14/2015   14:08 |
| & | Computation Date   Description | |
| 205: Kidnap | 11/17/08   Into Trusty Status 10/28/08 in T/S open C-Custody | |
| Minor | 11/18/08   Out of Trusty Status 10/28/08 N.E. TET Due to Kidnapping Minor | |
| | | Sex offender. |

I was never Classified out of Trusty Status on 10/28/08 with a Computation Date of 11/18/08. This is false and a manipulation of my true record that was done on 1/14/15 without Due process of law. I have been in Trusty Status Since 10/28/08 through my ERS date of 12/20/14. This allowed me to be classified into multiple Jobs and receive earned time for many classes. The Kitchen, tutor, and library Jobs I performed from 2009 through 2014 would not have been permitted had I actually been classified out of Trusty Status as errantly reconfigured. This proves time sheet tampering by the records department which is illegal.

MDOC is not allowed or authorized to unilaterally alter the NCIC offense Code to make the offense include elements that were not present in my original indictment or plea hearing. See indictment Exhibit G. My indictment did not include, and therefore, I was never Charged, with Kidnapping of a minor. I was only Convicted of Kidnapping with having to register as a part of the plea bargain. MDOC unilaterally altered the NCIC Code under which my Conviction was listed which is a Violation of my due process rights, and it also results in deprivation, illegally, of my earned time status.

RELIEF REQUESTED:

I humbly pray that the Judgment of RVR#01092015 be appropriately reversed to not Guilty due to officer and MDOC error and no fault of my own. Also that my record and time sheet be restored to it's original form before the 1/14/15 manipulation of Charge and NCIC Code and withdrawal from Trusty Status. This means the Charge of 1099: Kidnapping that I was sentenced under be put back on my record and time sheet to replace the 1005: Kid-nap of minor Charge that was illegally switched in and

# EXHIBITS BY ORDER

A - RESIDENCE APPROVAL LIST

B - SEX OFFENDER REGISTRY CARDS * Due to time constraints I was unable to obtain them for ARP. They are available for future reference.
- PRE RELEASE SEX OFFENDER PAPER WORK.

C - 1/14/15 TIME SHEETS   NCIC          Time
                                    1099: Kidnapping  14:08
- NCIC Offense Code listing    1005: Kidnap of Minor 14:08

D - TECHNICAL VIOLATION REPORT and MCA
                                    § 47-7-37
                Time    NCIC          (5)(a).
E - 10/28/2014  10:35   1099: Kidnapping
  - 04/03/2014  16:23   1099: Kidnapping

F - Same As C

G - Kidnapping INDICTMENT and PRISONER COMMITMENT
                                    NOTICE.

H - RVR, DISCIPLINARY RVR, Officers Report, Warrent for Earned Release Prisoner

I - TIME ELIGIBILITY AUDIT by Chief Records Officer Alicia Box 7/01/14.

*Residence Approval*

EXHIBIT A    Barbara Montalto 1075 windrose Dr,
Brandon, MS. 39047.

RELEASE COUNTY - RANKIN

Passed ERS Audit 11-19-14

NCIC 11-7-14

Analyst Raven Henderson 12-1-14 Submitted
this residence and Sex offender.

Date check registered 12-5-14

Certified mailed 12-8-14

ERS Scheduled release 12-20-14.

Case 3:15-cv-00282-HWA-FKB Document 1 Filed 04/17/15 Page 40 of 64

EXH B

# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
## SEX OFFENDER REGISTRY
### ACKNOWLEDGEMENT OF CONVICTED SEX OFFENDER'S DUTY TO REGISTER

Pursuant to the provisions of Mississippi Code Ann. § 45-33-21 et seq., I, the undersigned have been informed that all convicted sex offenders required to register with the Mississippi Sex Offender Registry (MSOR) must do the following:

SM 1. Report all addresses where you abide, lodge, reside or remain at between the hours of 10:00 p.m. and 6:00 a.m. for a period of seven (7) or more consecutive days.

SM 2. Report any change of address by personally appearing at a DPS Driver's License station not less than ten (10) days before changing address. This includes change of address when moving out of state. When moving out of state, you must comply with any registration requirements of the new state.

SM 3. Register in any state where the person is employed, carries on a vocation, is stationed in the military, is a student, or a temporary resident.

SM 4. Report any change in status of enrollment, employment, vocation, or volunteer work at any public or private education institution, including any primary or secondary school, trade or professional institution, or institution of higher learning, by personally appearing at a DPS Driver's License station within three (3) business days of the change.

SM 5. Report any change of name, vehicle information, internet identifiers or employment by personally appearing at a DPS Driver's License station within three (3) business days of the change.

SM 6. If you volunteer with an organization in which volunteers have direct, private or unsupervised contact with minors, you are required to notify the organization at the time of volunteering that you have been convicted of a sex offense.

SM 7. If you are employed in any position or contract with a person to provide personal services, where the position brings you into regular contact with children, you are required to notify in writing the employer or the person with whom you have contracted that you have been convicted of a sex offense.

SM 8. You are prohibited from residing within three thousand (3,000) feet of the real property comprising a public or nonpublic elementary or secondary school or a childcare facility, a residential child caring agency, a children's group care home or any playground, ballpark, or other recreational facility utilized by persons under the age of eighteen (18) years. Refer to Mississippi Code Ann. § 45-33-25(4) for full text of law.

SM 9. You are prohibited from being present in or within five hundred (500) feet of a school building or school property while persons under the age of 18 are present. Refer to Mississippi Code Ann. §45-33-26 for full text of law.

M 10. You are required to notify the DPS if you are committed to a mental institution for a reason other than initial confinement following acquittal by reason of insanity for a sex offense. The offender, offender's guardian or conservator, or the administrator of the institution is authorized to provide the notification.

M 11. Report any erroneous information listed about you in the Sex Offender Registry to the DPS by mail, telephone or email.

M 12. Reregister by personally appearing at a DPS Driver's License station every ninety (90) days. Reregistration includes the submission of current information and photograph to the department and the verification of registration information, including the street address and telephone number of the registrant; name, street address and telephone number of the registrant's employment along with any other registration information that may need to be verified and payment of any required fees.

M 13. Failure to re-register at a Driver's License station, or forgery or submission of information under false pretenses, will result in automatic suspension of your driver's license and, is a felony punishable by fine of not more than $5,000.00 or imprisonment in the state penitentiary for not more than five years, or both.

M 14. Offenders must advise MDPS twenty-one (21) days in advance if they plan to travel internationally. This must include an itinerary of countries to be visited and dates of visitation.

M 15. You are required to provide any passport, immigration or professional license documents to DPS at the time of registration/reregistration for scanning.

M 16. During a declaration of emergency, offenders must provide the management of an emergency shelter, the sheriff and Chief of Police of the county/municipality in which the shelter is located, the offender's full name, date of birth, social security number and last address prior to emergency declaration.

M 17. If you intend to visit a public beach or public campground you must first seek permission form the Director of MSOR.

M 18. Read, initial each time and sign this form verifying that these registration duties have been explained to you.

Print Name of Offender: _Stephen Montalto_

Signature of Offender: _Stephen M Alt_

Date: _12-4-14_

Registering Agency: _East Miss. Correctional Facility_ Phone: _601-485-5255_

Signature of Person Accepting Registration: _Tyrone Hersey_

POST OFFICE BOX 958 ■ JACKSON, MISSISSIPPI 39205-0958 ■ TELEPHONE: 601-987-1540 ■ FAX 601-933-2605 ■ EMAIL: msor@dps.ms.gov

(Rev 12/13)

EXH B

# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
## RESPONSIBLE AGENCY CONVICTED SEX OFFENDER REGISTRATION FORM
COMPLETED BY: ☐ MDOC  ☐ SHERIFF  ☐ MENTAL INSTITUTION  ☐ COURT

PLEASE PRINT
Name: **Stephen Montalto**          Social Security No: **130.72.9167**

Driver's License/ID card No. and State: _____          Date of Birth: **10.01.75**

Passport/ Immigration No: _____          Place of Birth: **Poughkeepsie, NY**

Professional License No: _____          Type: _____

Race: **WH**  Sex: **M**  Height: **5.9**  Weight: **205**  Eye color: **Blue**  Hair color: **Brown**

Scars, Marks, Tattoos: **N/A**

| Primary Residential Street Address **1075 Windrose Drive** | | | |
|---|---|---|---|
| City **Brandon** | State **MS** | Zip Code **39047** | County **Rankin Co.** |
| Is your residence within 3000 feet of a public or nonpublic elementary or secondary school or a childcare facility, a residential child caring agency, a children's group care home or any playground, ballpark or other recreational facility utilized by persons under the age of eighteen (18) years. ☐Yes ☐No  If yes, this may be prohibited per § 45-33-25(4)(a). | | | |
| Secondary/Temporary Residential Street Address | | | |
| City | State | Zip Code | County |
| Mailing Address (if different from Primary Residential Address above) | | | |
| City | State | Zip Code | County |
| If your residence is a mobile home, trailer, motor vehicle or manufactured home provide the following: | | | |
| VIN#: | License #: | Reg # : | Description: |
| If your residence is a vessel or houseboat, provide the following: | | | |
| Name of vessel: | Hull ID#: | Serial #: | Reg #: | Description: |
| Employer (Paid or Unpaid) | | Date of employment | |
| Employer Street Address | | | |
| City | State | Zip Code | County |
| Are you: ☐ Employed ☐ Volunteer ☐ Student at Educational/Trade School, Professional Institute or Institution of Higher Education in MS:  ☐ Y ☐ N  If yes, School Name: | | | |
| City | State | Zip Code | County |
| Vehicle Make/Model/Color: | | License Tag State & Number | Where is vehicle kept? |
| Vehicle Make/Model/Color: | | License Tag State & Number | Where is vehicle kept? |
| Home Phone | Work Phone | Cell Phone | Other |
| Internet Screen Name, Instant Message, Email Address, etc. | | | |
| If planning international travel list countries and dates of visitation. | | | |
| Other Information: | | | |

Form MSOR.013  Rev 12/13

### ***YOU MUST COMPLETE BOTH SIDES OF THIS FORM***

Offender Initials **SM**

Case 3: ~~MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY~~ Page 42 of 64
EXH B

# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY
## RESPONSIBLE AGENCY CONVICTED SEX OFFENDER REGISTRATION FORM

PLEASE PRINT

**Crime for which convicted** (Give details below)

- [x] 97-3-53    Relating to kidnapping, if the victim was below age of eighteen (18)
- [ ] 97-3-65    Relating to rape
- [ ] 97-3-71    Relating to rape and assault with intent to ravish
- [ ] 97-3-95    Relating to sexual battery
- [ ] 97-5-5    Related to enticing a child for concealment, prostitution or marriage
- [ ] 97-5-23    Relating to the touching of a child, or a mentally defective, incapacitated or physically helpless person for lustful purposes
- [ ] 97-5-27    Relating to the dissemination of sexually oriented material to children
- [ ] 97-5-33    Relating to the exploitation of children
- [ ] 97-5-41    Relating to the carnal knowledge of stepchild, adopted child or child of a cohabiting partner
- [ ] 97-29-3    Relating to adultery or fornication between teacher and pupil
- [ ] 97-29-59    Relating to unnatural intercourse
- [ ] 43-47-18    Relating to sexual abuse of a vulnerable person
- [ ] 97-3-54.1(1)(c)    Relating to procuring sexual servitude of a minor
- [ ] 97-3-54.3    Relating to aiding, abetting or conspiring to violate Section 97-3-54.1(1)(c)
- [ ] 97-29-61(2)    Relating to voyeurism when the victim is a child under sixteen (16) years of age
- [ ] 97-29-63    Relating to Filming another without permission where there is expectation of privacy
- [ ] 97-29-45(1)(a)    Relating to obscene electronic communication
- [ ] 97-3-104    Relating to the crime of sexual activity between law enforcement, correctional or custodial personnel and prisoners
- [ ] 97-5-39(1)(c)    Relating to contributing to the neglect or delinquency of a child, felonious abuse or battery of a child, if the victim was sexually abused
- [ ] 97-1-7    Relating to attempt to commit any of the above-referenced offenses
- [ ] Any offense committed in another jurisdiction, which would be considered one of the above in MS
- [ ] Any offense committed in another jurisdiction for which registration is required in that jurisdiction
- [ ] Any conviction of conspiracy to commit; accessory to commission, or attempt to commit any offense listed in this section
- [ ] 45-33-23(g)(xix) Capital murder when one (1) of the above described offenses is the underlying crime

Details of the offense (do not include name of victim): _I perceived a child to be in danger or hurt and protected the child and brought him to the police for help._

Arrest Date: _/ /_   Conviction Date: _/ /_   Court of Conviction: _Rankin Co. Circuit_   State of Conviction: _MS_

Are you currently on probation/parole? ☐ yes ☐ no  If yes, ☐ Fed ☐ State  MCA §45-33-45  Electronic Monitoring/Tracking ☐ yes ☐ no

Probation Officer Name: _____   Phone: _____

Do you have any outstanding arrest warrants? ☐ yes ☐ no  If yes, where? _____

Have you ever been required to register as a convicted sex offender in another state? ☐ yes ☐ no  If yes, where? _____

Have you been designated a sexual predator or sexually violent predator in another state? ☐ yes ☐ no  If yes, State? _____

Have you ever been adjudicated delinquent? ☐ yes ☐ no  If yes, where? _____

FBI# _____   MDOC# _142186_   DNA# _____

**Victim Information**

Victim #1: Age: _2½_   Sex: ☒ Male ☐ Female   Use of Force against victim? ☐ yes ☒ no   Age of Offender at time of offense: _2½_

Victim #2: Age: _____   Sex: ☐ Male ☐ Female   Use of Force against victim? ☐ yes ☐ no   Age of Offender at time of offense: _____

Print Name of Offender: _Stephen Montalto_

Signature of Offender: _Steph M.H_    Date: _12-4-14_

Registering Agency: _East Miss. Correctional Facility_   Phone: _601-485-5255_

Signature of Person Accepting Registration: _Tyrone Aersy_

Check required enclosure: ☐ Acknowledgement Form ☐ Conviction/Sentencing Order ☐ Photograph ☐ Fingerprints
Biological Sample sent to MS Crime Lab ☐ yes ☐ no

For questions or information, contact the Sex Offender Registry
P.O. Box 958, Jackson, MS 39205-0958
Phone: (601)987-1540 Fax: (601)933-2695 Email: sexor@dps.ms.gov

*EXH B*

# Mississippi Department of Corrections



## Certificate of Earned Release Supervision

The Mississippi Department of Corrections has determined that the inmate listed below and sentenced to the Mississippi Department of Corrections is eligible for Earned Release Supervision pursuant to § 47-5-138 of Mississippi Code.   That there is a reasonable probability that said inmate WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the Mississippi Department of Corrections that the release of this inmate is not incompatible with the welfare of society.   It is ORDERED by the Commissioner of Corrections that the inmate be RELEASED from the MISSISSIPPI DEPARTMENT OF CORRECTIONS on **December 20, 2014.** That said inmate is to remain within the boundaries of **Rankin County,** as designated by the Mississippi Department of Corrections, until one of the following occurs: (1) properly transferred by the Mississippi Department of Corrections, (2) expiration of sentence, or (3) other action as deemed appropriate by the Mississippi Department of Corrections.

Name: **Stephen Montalto**                                    MDOC Number: 142736

**Approved Residence**

| Residence of | Barbara Montalto |
|---|---|
| Address | 1075  Windrose Drive |
| City, State, Zip | Brandon, MS 39047 |
| Telephone No. | 601-321-9421 |
| Relation to | |

Witness my signature and seal, this the 5 day of **December, 2014.**

_____
Commissioner or designee

EXH C

# Mississippi Department of Corrections
## Sentence Computation Record

Offender: MONTALTO, STEPHEN 142738

Computation Date: 01/14/2015 14:08

Computation Reason: Error Correction

Housing: CMCF, CMCF 720, BLD C, ZONE A, BED 0010

Date Printed: 01/14/2015 10:28

### Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB |
|---|---|---|---|---|---|---|---|---|
| 04/20/08 | 17,937I | AGGRAVATED ASSAULT | 08/23/06 | Rankin | 20Y | 8Y | N | |
| 04/20/08 | 17,937J | AGGRAVATED ASSAULT | 08/23/06 | Rankin | | 8Y | N | |
| 04/20/08 | 1081 | KIDNAP | 11/04/06 | Rankin | | 8Y | N | |
| 04/20/08 | 18,213A | AGGRAVATED ASSAULT | 11/04/06 | Rankin | | | N | |

☐ First Time Offender

### Pro Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS | Override: |
|---|---|---|---|
| 08/22/05 | 08/23/06 | 1 | |
| 08/22/05 | | 80 | |
| 10/13/06 | | 2 | |
| 09/22/08 | | 888 | |

Total Jail Time: 781

### Computation Details:

| DATE | DESCRIPTION | HOUSE ARREST | PAROLE | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE | ERS | TENTATIVE | MAX |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sentence begin = 08/22/08 – 781D Jail time = 08/03/08 | | | | | | | | | |
| | 17,937I 17,937J AGGRAVATED ASSAULT 20Y [18% of 20Y=781D = 2Y 24BD] | | | | 17,937I | 17,937I | 11/24/23 | 07/20/28 | 07/20/28 |
| | 17,937J 17,937I AGGRAVATED ASSAULT 08 to 17,937I [Combined 20Y] [18% of 20Y=781D = 2Y 24BD] | | | | | 18,213A | 18,213A | 11/24/23 | 07/20/28 | 07/20/28 |
| | 18,213A 1081 KIDNAP: 20Y OS with 17,937I [18% of 20Y=781D = 2Y 24BD] | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| | 18,213A 1081 AGGRAVATED ASSAULT OS to 18,213A [Combined 20Y] [18% of 20Y=781D = 2Y 24BD] | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 04/17/09 | Into Trusty Status 10/28/08 [Applied 0D] N.E. TBT DUE TO KIDNAPPING MINOR SEX OFFENDER | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 04/17/09 | Out Of Trusty Status 10/28/08 [Applied 0D] N.E. OPEN 0-CUSTODY | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 04/17/09 | Met-Unit Support/Camp Support 04/01/09 to 08/31/09 [Applied 0D] LIBRARY POD ORDERLY 30 DAYS N.E. DUE TO IN T/S FOR A JOB. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 08/25/09 | Met-Discipleship Program 01/02/09 to 03/31/09 [Applied 0D] 28 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 08/25/09 | Met-Discipleship Program 04/01/09 to 06/30/09 [Applied 0D] 22 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 02/24/10 | Met-Discipleship Program 08/01/08 to 12/29/08 [Applied 0D] FATHERHOOD INITIATIVE PROGRAM 20 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 02/24/10 | Met-Pre Release Program 10/01/08 to 12/29/08 [Applied 0D] COGNITIVE SKILLS 7 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 03/23/10 | Met-Pre Release Program 12/28/08 to 01/16/10 [Applied 0D] COGNITIVE SKILLS 7 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 03/23/10 | Met-AAD Treatment 01/18/10 to 02/18/10 [Applied 0D] 1D DYS NE. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 04/21/10 | Met-AAD Treatment 02/20/10 to 03/21/10 [Applied 0D] 10 DYS NE. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 06/01/10 | Met-Pre Release Program 03/22/10 to 03/26/10 [Applied 0D] STRESS MANAGEMENT CLASS 2 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 07/22/10 | Met-Discipleship Program 04/01/10 to 07/01/10 [Applied 0D] 30 DYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 01/24/11 | Met-Therapeutic Comm Program 09/18/10 to 12/18/10 [Applied 0D] 30 DYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 08/31/11 | Met-Discipleship Program 04/01/08 to 03/31/11 [Applied 0D] FAITH BASED PROGRAM 180 DAYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 08/31/11 | Met-AAD Treatment 01/03/11 to 03/03/11 [Applied 0D] TUTOR- SUBSTANCE ABUSE 40 DAYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 07/05/11 | Met-Therapeutic Comm Program 12/17/10 to 04/17/11 [Applied 0D] 80 DAYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 07/05/11 | Met-Pre Release Program 10/18/10 to 02/07/11 [Applied 0D] ART CLASS 36 DAYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 07/13/11 | Met-Pre Release Program 03/22/10 to 03/26/10 [Applied 0D] MUSIC APPRECIATION 14 DYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 07/15/11 | Met-AAD Treatment 04/04/11 to 05/03/11 [Applied 0D] SUBSTANCE ABUSE 30 DAYS NE | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |
| 08/12/11 | Met-AAD Treatment 03/04/11 to 08/04/11 [Applied 0D] SUBSTANCE ABUSE FAITH BASED PROGRAM 30 DAYS N.E. | | | | | | | 11/24/23 | 07/20/28 | 07/20/28 |

Case 3:15-cv-00282-H...

| DATE | DESCRIPTION | HOUSE ARREST | PAROLE | ERS | TENTATIVE | MAX |
|---|---|---|---|---|---|---|
| 01/26/12 | Met-Therapeutic Comm Program 08/04/11 to 01/04/12 [Applied 00] 60 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 04/05/12 | Met-Discipleship Program 07/02/11 to 03/30/12 [Applied 00] FAITH BASED PROGRAM 90 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 04/17/12 | Met-Special Detail 04/11/12 [Applied 00] Long Term AAD Program Completion 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 08/07/12 | Met-Therapeutic Comm Program 01/08/12 to 04/04/12 [Applied 00] 30 DAYS NE. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 08/07/12 | Met-AAD Treatment 01/30/12 to 04/30/12 [Applied 00] SUBSTANCE ABUSE EDUCATION 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 12/20/12 | Met-Therapeutic Comm Program 08/01/12 to 11/30/12 [Applied 00] 70 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 03/22/13 | Met-Therapeutic Comm Program 12/01/12 to 03/20/13 [Applied 00] 40 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 07/26/13 | Met-Therapeutic Comm Program 03/25/13 to 06/30/13 [Applied 00] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 10/15/13 | Met-Therapeutic Comm Program 07/01/13 to 09/25/13 [Applied 00] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 02/11/14 | Met-Therapeutic Comm Program 10/01/13 to 01/01/14 [Applied 00] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 05/08/14 | Met-Therapeutic Comm Program 01/02/14 to 04/02/14 [Applied 00] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 07/31/14 | Met-Therapeutic Comm Program 04/03/14 to 07/03/14 [Applied 00] 30 DAYS N.E. | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 10/06/14 | Met-Therapeutic Comm Program 07/04/14 to 10/04/14 [Applied 00] 30 DAYS N E DUE TO CRIME | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 11/17/14 | Met-Therapeutic Comm Program 10/08/14 to 11/05/14 [Applied 00] 10 DAYS N.E. DUE TO CRIME | | | 11/24/23 | 07/29/26 | 07/29/26 |
| 10/22/14 | Released On ERS 12/20/14 [Applied 00] | | | | 07/29/26 | 07/29/26 |
| 01/09/15 | Return From ERS 12/20/14 to 01/09/15 [Applied 00] | | | | 07/29/26 | 07/29/26 |

## Summary:

| | Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge |
|---|---|---|---|---|---|---|
| | 08/03/2006 | | | | 07/29/2026 | 07/29/2026 |

**Calculated:** 8/14/2014

Total Term To Serve: 20Y    Total Earned Time: 0D    Earned Time Lost: 0D    Total MET Earned: 0D    Total Trusty Time Earned: 0D

**Override:**

| Term: 1 | | | | End Date |
|---|---|---|---|---|

## Comments:

REMOVED ALL MET AND TET PER EMAIL DIRECTIVE SCANNED DUE TO THIS INMATE IS SERVING A MANDATORY CRIME OF KIDNAPPING

## Approval:

**Approved By:** AB    **Date Approved:** 1/14/2015

$Ex H$
$C$

# Mississippi Department of Corrections
## Inmate Time Sheet

**Offender:** MONTALTO, STEPHEN 142736

**Computation Date:** 01/14/2015 14:08

**Housing:** CMCF, CMCF 720, BLD C, ZONE A, BED 0010

**Date Printed:** 01/28/2015 16:48

## Sentences:

| DATE | CAUSE/COUNT | OFFENSE | COMMITTED | COUNTY | SERVE | HOUSE | PROBATION | HAB | DEFERRED | OVERRIDE | CONCURRENT | CONSECUTIVE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/12/2008 | 17,837/1 | 1318:AGGRAVATED ASSAULT 20Y | 09/22/2005 | Rankin | | | 5Y | N | | | 17,837/1 | 17,837/1 |
| 09/12/2008 | 17,937/2 | 1318:AGGRAVATED ASSAULT | 09/22/2005 | Rankin | | | 5Y | N | | | | |
| 09/12/2008 | 18,213/3 | 1006:KIDNAP MINOR 20Y | 11/04/08 | Rankin | 20Y | | | N | | 17,837/1 | | 18,213/3 |
| 09/12/2008 | 18,213/4 | 1318:AGGRAVATED ASSAULT | 11/04/08 | Rankin | | | | N | | 18,213/3 | | |

First Time Offender

## Jail Time/Pre Sentence Jail Time:

Flat Time Offender

| FROM | TO | DAYS |
|---|---|---|
| 09/22/2006 | 08/23/05 | 1 |
| 09/24/05 | 09/22/2005 | 90 |
| 08/11/08 | 10/13/08 | 2 |
| 09/04/08 | 09/22/08 | 888 |

Total Jail Time: 781      Override:

## Computation Details:

| DATE | DESCRIPTION |
|---|---|
| 08/23/08 | 17,837/1 1318:AGGRAVATED ASSAULT 20Y |
| 09/26/08 | 17,937/2 1318:AGGRAVATED ASSAULT CS to 17,837/1 |
| 09/22/08 | 18,213/3 1006:KIDNAP MINOR 20Y CC with 17,837/1 |
| 09/22/08 | 18,213/4 1318:AGGRAVATED ASSAULT CS to 18,213/3 |
| 11/17/08 | Into Trusty Status 10/28/08 in 7/8 OPEN C-CUSTODY |
| 12/12/08 | Out Of Trusty Status 10/28/08 N.E. TET DUE TO KIDNAPING MINOR SEX OFFENDER |
| 02/17/09 | Mel-Unit Support/Camp Support 04/01/09 to 08/31/09 LIBRARY POD ORDERLY 20 DAYS N.E. DUE TO IN 7/9 FOR A JOB. |
| 12/12/09 | Mel-Discipleship Program 01/07/09 to 03/31/09 28 DYS N.E. |
| 02/24/09 | Mel-Discipleship Program 04/01/09 to 06/30/09 22 DYS N.E. |
| 08/24/09 | Mel-Pre Release Program 10/01/09 to 12/28/09 FATHERHOOD INITIATIVE PROGRAM 20 DYS N.E. |
| 07/21/09 | Mel-Pre Release Program 10/01/09 to 01/18/10 COGNITIVE SKILLS 7 DYS N.E. |
| 03/24/10 | Mel-AAD Treatment 02/20/10 to 03/21/10 10 DYS NE. |
| 03/23/10 | Mel-Discipleship Program 03/22/10 to 07/01/10 8TRE89 MANAGEMENT CLASS 2 DYS N.E. |
| 07/28/10 | Mel-Discipleship Program 04/01/10 to 07/01/10 30 DYS NE |
| 01/24/11 | Mel-Therapeutic Comm Program 08/14/10 to 12/16/10 30 DYS NE |
| 03/01/11 | Mel-Therapeutic Comm Program 09/04/10 to 01/29/11 FAITH BASED PROGRAM 160 DAYS NE |
| 03/01/11 | Mel-Discipleship Program 04/01/09 to 05/31/11 FAITH BASED PROGRAM 40 DAYS NE |
| 03/01/11 | Mel-AAD Treatment 01/03/11 to 05/03/11 TUTOR- SUBSTANCE ABUSE 40 DAYS NE |
| 07/08/11 | Mel-Therapeutic Comm Program 12/17/10 to 05/17/11 80 DAYS NE |
| 07/13/11 | Mel-Pre Release Program 10/18/10 to 02/07/11 ART CLASS 38 DAYS NE |
| 07/13/11 | Mel-Pre Release Program 04/08/11 to 05/01/11 MUSIC APPRECIATION 16 DYS N.E. |
| 08/12/11 | Mel-AAD Treatment 05/04/11 to 05/04/11 SUBSTANCE ABUSE 30 DAYS NE |
| ........ | Mel-Discipleship Program 04/01/11 to 07/31/11 FAITH BASED PROGRAM 30 DYS N.E. |

Case 3:15-cv-00282-HTW-LRA   Document 1   Filed 04/...

| DATE | DESCRIPTION |
|---|---|
| 01/28/12 | Met-Therapeutic Comm Program 08/04/11 to 01/04/12 80 DAYS N.E. |
| 04/05/12 | Met-Disciplinary Program 07/02/11 to 03/30/12 FAITH BASED PROGRAM 80 DAYS N.E. |
| 04/17/12 | Met-Special Detail 04/11/12 Long Term A&D Program Completion 30 DAYS N.E. |
| 08/07/12 | Met-Therapeutic Comm Program 01/08/12 to 04/04/12 30 DAYS NE. |
| 05/07/12 | Met-A&D Treatment 01/30/12 to 04/30/12 SUBSTANCE ABUSE EDUCATION 30 DAYS N.E. |
| 12/10/12 | Met-Therapeutic Comm Program 08/01/12 to 11/30/12 70 DAYS N.E. |
| 12/10/12 | Met-Therapeutic Comm Program 08/01/12 to 03/30/13 40 DAYS N.E. |
| 03/25/13 | Met-Therapeutic Comm Program 12/01/12 to 03/30/13 30 DAYS N.E. |
| 07/26/13 | Met-Therapeutic Comm Program 03/31/13 to 06/30/13 30 DAYS N.E. |
| 10/16/13 | Met-Therapeutic Comm Program 07/01/13 to 09/30/13 30 DAYS N.E. |
| 01/21/14 | Met-Therapeutic Comm Program 10/01/13 to 01/01/14 30 DAYS N.E. |
| 03/31/14 | Met-Therapeutic Comm Program 01/01/14 to 04/02/14 30 DAYS N.E. |
| 08/27/14 | Met-Therapeutic Comm Program 04/03/14 to 07/03/14 30 DAYS N.E. |
| 10/28/14 | Met-Therapeutic Comm Program 07/04/14 to 10/04/14 30 DAYS N.E. DUE TO CRIME |
| 11/17/14 | Met-Therapeutic Comm Program 07/04/14 to 10/04/14 30 DAYS N.E. DUE TO CRIME |
| 12/23/14 | Met-Therapeutic Comm Program 10/05/14 to 11/08/14 10 DAYS N.E. DUE TO CRIME |
| 01/08/18 | Released On ERS 12/20/14 |
|  | Return From ERS 12/20/14 to 01/08/18 |

## Summary:

| Release Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge 07/29/2026 | Max Discharge 07/29/2028 | End Date |
|---|---|---|---|---|---|---|
| Begin Date 09/03/2006 | | | | | | |

Total Term To Serve: 20Y    Total Earned Time: 0D    Earned Time Lost: 0D    Total MET Earned: 0D    Total Trusty Time Earned: 0D

Comments:

*EXH C*

*EXH C*

C.  **High Severity Offenses (ANNEX B)**

| NCIC Code # | High Severity Offense |
|---|---|
| 0000 | Battery on Officer or Firefighter |
| 0000 | Felony Aggravated Stalking |
| 0909 | Vehicular, Manslaughter |
| 0910 | Manslaughter |
| 0951 | Vehicular Homicide |
| 1005 | Kidnap, Minor |
| 1006 | Kidnap, Adult |
| 1008 | Abduct – No Ransom or Assault |
| 1099 | Kidnapping |
| 1150 | Statutory Rape |
| 1152 | Sexual Battery |
| 1316 | Intimidation |
| 1351 | Mayhem |
| 2001 | Arson – Business, Endanger Life |
| 2002 | Arson – Resident, Endanger Life |
| 2008 | Arson – Public Building, Endanger Life |
| 2199 | Extortion |
| 2250 | Aggravated Burglary |
| 2258 | Shooting Into a Dwelling |
| 3592 | Controlled substance in a facility |
| 3601 | Child Molestation |
| 3652 | Gratification/Lust |
| 3654 | Unlawful Touching/Child |
| 3656 | Unnatural Intercourse |
| 3802 | Child Abuse |
| 4901 | Escape from Official Detention, Jail |
| 4999 | Flight/Escape |
| 5212 | Use of Firearm while Committing a Felony, Subsequent Convictions |
| 5215 | Threat to Bomb |

*EX H*
*D*

*EX H*
*D*

## STATE OF MISSISSIPPI
### DEPARTMENT OF CORRECTIONS

Page ____ of ____

#### DIVISION OF COMMUNITY CORRECTIONS

## VIOLATION REPORT FORM

Minor: ☒    Major: ☐

TO: DCC Jerry Williams

Date ____

Name: STEPHEN MONTALTO    MDOC# 142736    STATE Mississippi

Violator

Type of Violation: Technical

Location: Brandon    Rankin

City

County

Date Violation Occurred 01/09/2015    Jailed    ☐ Yes    ☒ No

If Jailed, give: Date of Arrest ____

Place Confined ____

Describe, in detail, all facts relating to conditions allegedly violated.

Inmate Stephen Montalto was sentenced on 09/22/2008 in Rankin County to serve 20 years for kidnapping CT I and AGG. Assault CT II charges. Inmate Montalto was placed on ERS 12/20/2014. After being released from prison residence was denied by Rankin County Sheriff's Office on the law of Sex offender Registry. Residence does not meet requirements. Inmate Montalto was given time to try to find a new residence that would meet the requirements of Sex Offender Laws. Inmate Montalto was unable to do so and was taken into custody and returned to CMCF. Violation packet was completed and turn in at R&D at CMCF.

Recommendation:

☒ Refer to court/releasing authority for revocation consideration
☐ Continue under supervision
☐ Additional restrictions or guidelines as follows:

violated conditions of ERS.

Justification:
Residence was denied due to SEX OFFENDER REGISTRY.

_____
Supervisor's Signature

Glen McCoy FO III
Field Officer's Name (print/type)

_____
Field Officer's Signature

3728.01-E-1
3728.01
Dated: 10/07 Effective: 10/15/07

X#
D

Ex#
D

not under arrest on a warrant or the offender signed a waiver of a preliminary hearing. The preliminary hearing may be conducted electronically. If reasonable cause is found, the offender may be confined no more than twenty-one (21) days from the admission to detention until a revocation hearing is held. If the revocation hearing is not held within twenty-one (21) days, the probationer shall be released from custody and returned to probation status.

(4) If a probationer or offender is subject to registration as a sex offender, the court must make a finding that the probationer or offender is not a danger to the public prior to release with or without bail. In determining the danger posed by the release of the offender or probationer, the court may consider the nature and circumstances of the violation and any new offenses charged; the offender or probationer's past and present conduct, including convictions of crimes and any record of arrests without conviction for crimes involving violence or sex crimes; any other evidence of allegations of unlawful sexual conduct or the use of violence by the offender or probationer; the offender or probationer's family ties, length of residence in the community, employment history and mental condition; the offender or probationer's history and conduct during the probation or other supervised release and any other previous supervisions, including disciplinary records of previous incarcerations; the likelihood that the offender or probationer will engage again in a criminal course of conduct; the weight of the evidence against the offender or probationer; and any other facts the court considers relevant.

(5) (a) The probation and parole officer after making an arrest shall present to the detaining authorities a similar statement of the circumstances of violation. The probation and parole officer shall at once notify the court of the arrest and detention of the probationer and shall submit a report in writing showing in what manner the probationer has violated the conditions of probation. Within twenty-one (21) days of arrest and detention as herein provided, the court shall cause the probationer to be brought before it and may continue or revoke all or any part of the probation or the suspension of sentence. If the court revokes probation for a technical violation, the court shall impose a period of imprisonment to be served in either a technical violation center or a restitution center not to exceed ninety (90) days for the first technical violation and not to exceed one hundred twenty (120) days for the second technical violation. For the third technical violation, the court may impose a period of imprisonment to be served in either a technical violation center or a restitution center for up to one hundred eighty (180) days or the court may impose the remainder of the suspended portion of the sentence. For the fourth and any subsequent technical violation, the court may impose up to the remainder of the suspended portion of the sentence. The period of imprisonment in a technical violation center imposed under this section shall not be reduced in any manner.

(b) If the offender is not detained as a result of the warrant, the court shall cause the probationer to be brought before it within a reasonable time and may continue or revoke all or any part of the probation or the suspension of sentence, and may cause the sentence imposed to be executed or may impose any part of the sentence which might have been imposed at the time of conviction. If the court revokes probation for a technical violation, the court shall impose a period of imprisonment to be served in either a technical violation center or a restitution center not to exceed ninety (90) days for the first technical violation and not to exceed one hundred twenty (120) days for the second technical violation. For the third technical violation, the court may impose a period of imprisonment to be served in either a technical violation center or a restitution center for up to one hundred eighty (180) days or the court may impose the remainder of the suspended portion of the sentence. For the fourth and any subsequent technical violation, the court may impose up to the remainder of the suspended portion of the sentence. The period of imprisonment in a technical violation center imposed under this section shall not be reduced in any manner.

(c) If the court does not hold a hearing or does not take action on the violation within the twenty-one-day period, the offender shall be released from detention and shall return to probation status. The court may subsequently hold a hearing and may revoke probation or may continue probation and modify the terms and conditions of probation. If the court revokes probation for a technical violation, the court shall impose a period of imprisonment to be served in either a technical violation center operated by the department or a restitution center not to

EXH E

EXH E

# Mississippi Department of Corrections
## Inmate Time Sheet

Offender: MONTALTO, STEPHEN 142736

Housing: EAST MISS. CCF, EMCF UNIT 2, POD A, BED 108L

Computation Date: 10/28/2014 10:35

Date Printed: 11/05/2014 16:03

## Sentences:

☑ First Time Offender

## Pre Trial/Pre Sentence Jail Time:

| FROM | TO | Days | Override: |
|------|----|----|----|
| 08/22/08 | 08/23/08 | 1 | |
| 08/24/08 | 09/22/08 | 90 | |
| 10/11/08 | 10/13/08 | 2 | |
| 11/04/08 | 08/22/08 | 838 | |

Total Jail Time: 751

## Computation Details:

| DATE | DESCRIPTION |
|------|-------------|
| 08/22/08 | 17,6371 1318:AGGRAVATED ASSAULT 20Y |
| 08/22/08 | 17,6372 1318:AGGRAVATED ASSAULT CS to 17,6371 |
| 08/22/08 | 18,2130 1098:KIDNAP- 20Y CC with 17,6371 |
| 08/22/08 | 18,2134 1318:AGGRAVATED ASSAULT CS to 18,2130 |
| 11/17/08 | Into Trusty Status 10/28/08 IN T/9 OPEN C-CUSTODY |
| 11/27/08 | Trusty Earned Time 10/28/08 to 11/27/08 : 30D |
| 12/27/08 | Trusty Earned Time 11/27/08 to 12/27/08 : 30D |
| 01/20/09 | Trusty Earned Time 12/27/08 to 01/20/08 : 30D |
| 02/28/09 | Trusty Earned Time 01/20/08 to 02/28/08 : 30D |
| 03/27/09 | Trusty Earned Time 02/26/08 to 03/27/08 : 30D |
| 04/26/09 | Trusty Earned Time 03/27/08 to 04/26/08 : 30D |
| 05/26/09 | Trusty Earned Time 04/26/08 to 05/26/08 : 30D |
| 06/26/09 | Trusty Earned Time 05/26/08 to 06/26/08 : 30D |
| 07/11/09 | Mst-Unit Support/Camp Support 04/01/08 to 06/31/08 LIBRARY POD ORDERLY 20 DAYS N.E. DUE TO IN T/9 FOR A JOB. |
| 07/26/09 | Trusty Earned Time 06/26/08 to 07/26/08 : 30D |
| 08/24/09 | Trusty Earned Time 07/26/08 to 08/24/08 : 30D |
| 08/24/09 | Mst-Disciplnellp Program 01/07/08 to 03/31/04 : 28D |
| 08/24/09 | Mst-Disciplnellp Program 08/01/08 to 08/00/08 : 22D |
| 08/25/09 | Trusty Earned Time 08/24/08 to 08/23/08 : 30D |
| 10/25/09 | Trusty Earned Time 08/23/08 to 10/23/08 : 30D |
| 11/22/09 | Trusty Earned Time 10/23/08 to 11/22/08 : 30D |
| 12/22/09 | Trusty Earned Time 11/22/08 to 12/22/08 : 30D |
| 12/28/09 | Mst-Pre Release Program 10/01/09 to 12/28/09 : 20D FATHERHOOD INITIATIVE PROGRAM |
| 01/21/10 | Trusty Earned Time 12/22/09 to 01/21/10 : 30D |
| 02/20/10 | Trusty Earned Time 01/21/10 to 02/20/10 : 30D |
| 02/23/10 | Mst-Pre Release Program 12/28/09 to 01/18/10 : 7D COGNITIVE SKILLS |
| 02/24/10 | Mst-AAD Treatment 01/18/10 to 02/19/10 : 10D |

| DATE | DESCRIPTION |
|---|---|
| 03/08/13 | Trusty Earned Time 01/05/13 to 02/04/13 : 30D |
| 04/05/13 | Trusty Earned Time 02/04/13 to 03/08/13 : 30D |
| 05/02/13 | Trusty Earned Time 03/08/13 to 04/05/13 : 30D |
| 05/05/13 | Met-Therapeutic Comm Program 12/01/12 to 03/20/13 : 40D |
| 06/04/13 | Trusty Earned Time 04/05/13 to 05/05/13 : 30D |
| 07/04/13 | Trusty Earned Time 05/05/13 to 06/04/13 : 30D |
| 07/28/13 | Met-Therapeutic Comm Program 03/31/13 to 06/30/13 : 30D |
| 08/03/13 | Trusty Earned Time 06/04/13 to 07/04/13 : 30D |
| 09/02/13 | Trusty Earned Time 07/04/13 to 08/03/13 : 30D |
| 10/02/13 | Trusty Earned Time 08/03/13 to 09/02/13 : 30D |
| 10/15/13 | Met-Therapeutic Comm Program 07/01/13 to 09/30/13 : 30D |
| 11/01/13 | Trusty Earned Time 09/02/13 to 10/02/13 : 30D |
| 12/01/13 | Trusty Earned Time 10/02/13 to 11/01/13 : 30D |
| 12/31/13 | Trusty Earned Time 11/01/13 to 12/01/13 : 30D |
| 01/30/14 | Trusty Earned Time 12/01/13 to 12/31/13 : 30D |
| 02/11/14 | Met-Therapeutic Comm Program 10/01/13 to 01/01/14 : 30D |
| 03/01/14 | Trusty Earned Time 12/31/13 to 01/30/14 : 30D |
| 03/31/14 | Trusty Earned Time 01/30/14 to 03/01/14 : 30D |
| 04/03/14 | Met-Therapeutic Comm Program 01/02/14 to 04/02/14 : 30D |
| 04/30/14 | Trusty Earned Time 03/01/14 to 03/31/14 : 30D |
| 05/30/14 | Trusty Earned Time 03/31/14 to 04/30/14 : 30D |
| 06/29/14 | Trusty Earned Time 04/30/14 to 05/30/14 : 30D |
| 07/17/14 | Met-Therapeutic Comm Program 04/03/14 to 07/03/14 : 30D |
| 07/28/14 | Trusty Earned Time 05/30/14 to 06/29/14 : 30D |
| 08/28/14 | Trusty Earned Time 06/29/14 to 07/28/14 : 30D |
| 09/27/14 | Trusty Earned Time 07/28/14 to 08/28/14 : 30D |
| 10/26/14 | Met-Therapeutic Comm Program 07/04/14 to 10/04/14 : 30D |
| 10/30/14 | Trusty Earned Time 08/28/14 to 09/27/14 : 30D |
| | Trusty Earned Time 09/27/14 to 10/27/14 : 30D |

**Summary:**

| Begin Date 08/03/2008 | House Arrest Date | Parole Date | ERS Date 12/12/2014 | Tentative Discharge 08/16/2017 | Max Discharge 07/29/2026 | End Date |
|---|---|---|---|---|---|---|

Total Term To Serve: 20Y    Total Earned Time: 2Y 248D    Earned Time Lost: 0D    Total MET Earned: 2Y 349D    Total Trusty Time Earned: 6Y

**Comments:**

## Mississippi Department of Corrections
### Inmate Time Sheet

Housing: EAST M/B8, CCF, EMCF UNIT 2, POD A, BED 100L
Date Printed: 07/01/2014 09:28

**Offender:** MONTALTO, STEPHEN 142738

**Computation Date:** 04/03/2014, 18:23

### Sentences:

| DATE | CAUSE/COURT | OFFENSE | CONVICTED | COUNTY | STATUS | PREVIOUS TIME | CONSECUTIVE |
|------|-------------|---------|-----------|--------|--------|---------------|-------------|
| 03/27/08 | 17-08721 | 1816/AGGRAVATED ASSAULT | 09/23/08 | Rankin | | | |
| 03/27/08 | 17-08722 | 1816/AGGRAVATED ASSAULT | 09/23/08 | Rankin | 20Y | | 17,007/1 |
| 03/27/08 | 1096/ROBBERY | | 09/23/08 | Rankin | | | |
| 09/23/08 | 1816/AGGRAVATED ASSAULT | | 11/04/05 | | | | 16,314/2 |

☐ First Time Offender

### Pre Trial/Pre Sentence Jail Time:

| FROM | TO | DAYS | Override: |
|------|-----|------|-----------|
| 03/27/08 | 09/23/08 | 90 | |
| 03/24/04 | 03/24/06 | | |
| 10/11/05 | 10/11/06 | | |

**Total Jail Time:** 781

### Computation Detail:

| DATE | DESCRIPTION |
|------|-------------|

| DATE | DESCRIPTION |
|---|---|
| 01/21/10 | Trusty Earned Time 12/22/09 to 01/21/10 : 30D |
| 02/20/10 | Trusty Earned Time 01/21/10 to 02/20/10 : 30D |
| 02/23/10 | Mal-Pre Release Program 12/29/09 to 01/18/10 : 7D COGNITIVE SKILLS |
| 02/24/10 | Mal-A&D Treatment 01/19/10 to 02/18/10 : 10D |
| 03/22/10 | Trusty Earned Time 02/20/10 to 03/22/10 : 30D |
| 03/30/10 | Mal-A&D Treatment 02/20/10 to 03/21/10 : 10D |
| 04/01/10 | Mal-Pre Release Program 03/22/10 to 03/29/10 : 2D STRESS MANAGEMENT CLASS. |
| 04/21/10 | Trusty Earned Time 03/22/10 to 04/21/10 : 30D |
| 05/21/10 | Trusty Earned Time 04/21/10 to 05/21/10 : 30D |
| 06/20/10 | Trusty Earned Time 05/21/10 to 06/20/10 : 30D |
| 07/20/10 | Trusty Earned Time 06/20/10 to 07/20/10 : 30D |
| 07/29/10 | Mal-Discipleship Program 04/01/10 to 07/01/10 : 30D |
| 08/19/10 | Trusty Earned Time 07/20/10 to 08/19/10 : 30D, |
| 09/18/10 | Trusty Earned Time 08/19/10 to 09/18/10 : 30D |
| 10/18/10 | Trusty Earned Time 09/18/10 to 10/18/10 : 30D |
| 11/17/10 | Trusty Earned Time 10/18/10 to 11/17/10 : 30D |
| 12/17/10 | Trusty Earned Time 11/17/10 to 12/17/10 : 30D |
| 01/16/11 | Trusty Earned Time 12/17/10 to 01/16/11 : 30D |
| 01/24/11 | Mal-Therapeutic Comm Program 06/16/10 to 12/16/10 : 30D |
| 02/15/11 | Trusty Earned Time 01/16/11 to 02/15/11 : 30D |
| 03/17/11 | Trusty Earned Time 02/15/11 to 03/17/11 : 30D |
| 04/16/11 | Trusty Earned Time 03/17/11 to 04/16/11 : 30D |
| 05/16/11 | Trusty Earned Time 04/16/11 to 05/16/11 : 30D |
| 05/31/11 | Mal-Discipleship Program 04/01/09 to 03/31/11 : 180D FAITH BASED PROGRAM |
| 05/31/11 | Mal-A&D Treatment 01/05/11 to 05/03/11 : 40D TUTOR- SUBSTANCE ABUSE |
| 06/15/11 | Trusty Earned Time 05/16/11 to 06/15/11 : 30D |
| 07/02/11 | Mal-Therapeutic Comm Program 12/17/10 to 06/17/11 : 60D |
| 07/13/11 | Mal-Pre Release Program 10/19/10 to 02/07/11 : 35D ART CLASS |
| 07/15/11 | Mal-Pre Release Program 04/06/11 to 06/01/11 : 15D MUSIC APPRECIATION |
| 07/15/11 | Trusty Earned Time 06/15/11 to 07/15/11 : 30D |
| 08/12/11 | Mal-A&D Treatment 05/04/11 to 08/04/11 : 30D SUBSTANCE ABUSE |
| 08/14/11 | Trusty Earned Time 07/15/11 to 08/14/11 : 30D |
| 09/13/11 | Trusty Earned Time 08/14/11 to 09/13/11 : 30D |
| 09/28/11 | Mal-Discipleship Program 04/01/11 to 07/01/11 : 30D FAITH BASED PROGRAM |
| 10/13/11 | Trusty Earned Time 09/13/11 to 10/13/11 : 30D |
| 11/12/11 | Trusty Earned Time 10/13/11 to 11/12/11 : 30D |
| 12/12/11 | Trusty Earned Time 11/12/11 to 12/12/11 : 30D |
| 01/11/12 | Trusty Earned Time 12/12/11 to 01/11/12 : 30D |
| 01/26/12 | Mal-Therapeutic Comm Program 06/04/11 to 01/04/12 : 60D |
| 02/10/12 | Trusty Earned Time 01/11/12 to 02/10/12 : 30D |
| 03/11/12 | Trusty Earned Time 02/10/12 to 03/11/12 : 30D |
| 04/01/12 | Mal-Discipleship Program 07/02/11 to 03/30/12 : 90D FAITH BASED PROGRAM |
| 04/10/12 | Trusty Earned Time 03/11/12 to 04/10/12 : 30D |
| 04/17/12 | Mal-Special Detail 04/11/12 : 90D Long Term A&D Program Completion |
| 05/07/12 | Mal-Therapeutic Comm Program 01/05/12 to 04/04/12 : 30D |
| 05/07/12 | Mal-A&D Treatment 01/30/12 to 04/30/12 : 90D SUBSTANCE ABUSE EDUCATION |
| 05/10/12 | Trusty Earned Time 04/10/12 to 05/10/12 : 30D |
| 06/09/12 | Trusty Earned Time 05/10/12 to 06/09/12 : 30D |
| 07/09/12 | Trusty Earned Time 06/09/12 to 07/09/12 : 30D |
| 08/08/12 | Trusty Earned Time 07/09/12 to 08/08/12 : 30D |
| 09/07/12 | Trusty Earned Time 08/08/12 to 09/07/12 : 30D |
| 10/07/12 | Trusty Earned Time 09/07/12 to 10/07/12 : 30D |
| [illegible] | |

| DATE | DESCRIPTION |
|---|---|
| 12/26/12 | Trusty Earned Time 10/07/12 to 11/08/12: 30D |
| 12/26/12 | Trusty Earned Time 11/09/12 to 12/07/12: 30D |
| 01/08/13 | Meri-Manpadua Comm Program 09/01/13 to 11/08/12: 170D |
| 02/04/13 | Trusty Earned Time 12/08/12 to 01/05/13: 30D |
| 02/04/13 | Trusty Earned Time 01/06/13 to 02/04/13: 15D |
| 03/08/13 | Trusty Earned Time 02/05/13 to 03/05/13: 30D |
| 04/08/13 | Trusty Earned Time 03/06/13 to 04/04/13: 35D |
| 05/03/13 | Meri-Therapeutic Comm Program 12/01/13 to 07/30/13: 150D |
| 05/06/13 | Trusty Earned Time 04/05/13 to 05/03/13: 60D |
| 06/04/13 | Trusty Earned Time 05/04/13 to 06/01/13: 25D |
| 07/04/13 | Trusty Earned Time 06/02/13 to 06/03/13: 35D |
| 07/29/13 | Meri-Therapeutic Comm Program 03/31/13 to 05/29/13: 20D |
| 04/03/13 | Trusty Earned Time 07/04/13 to 08/30/13: 33D |
| 08/08/13 | Trusty Earned Time 07/04/13 to 08/02/13: 35D |
| 10/02/13 | Trusty Earned Time 08/03/13 to 09/02/13: 30D |
| 10/15/13 | Meri-Therapeutic Comm Program 07/31/13 to 09/07/13: 30D |
| 11/07/13 | Trusty Earned Time 10/02/13 to 11/07/13: 30D |
| 12/01/13 | Trusty Earned Time 11/01/13 to 12/01/13: 30D |
| 12/31/13 | Trusty Earned Time 12/01/13 to 12/31/13: 60D |
| 01/29/14 | Trusty Earned Time 12/01/13 to 01/28/14: 30D |
| 03/11/14 | Meri-Therapeutic Comm Program 10/01/13 to 01/28/14: 150D |
| 03/30/14 | Trusty Earned Time 01/29/14 to 03/01/14: 30D |
| 04/30/14 | Trusty Earned Time 03/01/14 to 04/02/14: 150D |
| 04/30/14 | Meri-Therapeutic Comm Program 11/29/14 to 04/02/14: 150D |
| 05/30/14 | Trusty Earned Time 04/03/14 to 04/30/14: 30D |
| 06/26/14 | Trusty Earned Time 04/30/14 to 05/30/14: 30D |
| 06/26/14 | Trusty Earned Time 04/30/14 to 06/26/14: 60D |

## Summary:

| Begin Date | House Arrest Date | Parole Date | ERS Date | Tentative Discharge | Max Discharge | End Date |
|---|---|---|---|---|---|---|
| 08/03/2006 | | | 08/10/2016 | 02/12/2018 | 07/29/2026 | |

| Total Term To Serve: 20Y | Total Earned Time: 2Y 248D | Earned Time Lost: 0D | Total NET Earned: 2Y 248D | Total Trusty Time Earned: 6Y 248D |
|---|---|---|---|---|

Commenter:

*EXH G*

THE STATE OF MISSISSIPPI
COUNTY OF RANKIN

JAN 2 2 2007

Cause No. *18213*

*Indictment for the offense of:*
KIDNAPPING §97-3-53
AGGRAVATED ASSAULT §97-3-7(2)
ESCAPE §97-9-49

### IN THE CIRCUIT COURT OF SAID COUNTY, JULY TERM, 2006
#### Recalled December 19, 2006

The Grand Jurors of the State of Mississippi, taken from the body of good and lawful citizens of said county, elected, summoned, empaneled, sworn and charged to inquire in and for the body of the county aforesaid, at the term aforesaid of the Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oath present that:

### COUNT I

STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, willfully, unlawfully, feloniously, forcibly seize and confine Sean Grace, a human being, with the intent to cause the said victim to be secretly confined or imprisoned against his will, in violation of Mississippi Code Annotated §97-3-53 (1972), as amended; and,

### COUNT II

And, based upon a series of acts connected together and constituting parts of a common scheme and plan, STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, did unlawfully, feloniously, knowingly and intentionally cause or attempt to cause bodily injury to Jennifer Grace, a human being, by causing her to fall on the pavement and wound her left forearm and cause a contusion on the middle of her forehead, while driving a vehicle in a reckless manner, a means likely to produce death or serious bodily injury, in violation of Mississippi Code Annotated Section 97-3-7(2)(1972), as amended; and,

### COUNT III

And, based upon a series of acts connected together and constituting parts of a common scheme and plan, STEPHEN D. MONTALTO, on or about the 4th day of November, 2006, in the county aforesaid and within the jurisdiction of this Court, did willfully, unlawfully, and feloniously escape from the custody of the Flowood Police Department, Rankin County, Mississippi, at a time when he was then and there lawfully confined in the custody of said Flowood Police Department, said confinement being by virtue of

being booked in the jail for the felony crime of Kidnapping and Aggravated Assault, in
violation of Mississippi Code Annotated §97-9-49 (1972) as amended, and,

All of the above, Count I, Count II and Count III, being against the peace and dignity of
the State of Mississippi.

Endorsed:  A True Bill

_____                    _____
Foreman of the Grand Jury                                    District Attorney

## AFFIDAVIT

COMES NOW James Buckhalter, Foreman of the July, 2006, Rankin County
Grand Jury, and makes oath that this indictment presented to this Court was consured in
by twelve (12) or more members of the Grand Jury and that at least fifteen (15) members
thereof were present during all deliberations.

_____
FOREMAN OF THE GRAND JURY

SWORN TO AND SUBSCRIBED before me on this _____ day

of _____ January _____ , A. D., 2007.

CAROL SWILLEY, CIRCUIT CLERK

BY: _____     D.C.

PH# 142736

EXH G

STATE OF MISSISSIPPI
PRISONER COMMITMENT NOTICE

County of RANKIN                                      Case No. 18,213

TO THE MISSISSIPPI DEPARTMENT OF CORRECTIONS

You are hereby notified that at the September term, 2008, of the Circuit Court
Judge Bill Chapman presiding, the following named person pled guilty, was convicted
and sentenced to a term in the state penitentiary, as follows:

I.  Name MONTALTO, STEPHEN D                                           Alias
    SSN 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  Race White
    Last known residence    0                Sex Male  Date of Birth 10/01/1975
    Place of birth                                    Country of Citizenship
    Alien Registration/Immigration #                            FBI#

II. Crime/Code          Length of Sentence       Originating Case #   Agency
    KIDNAPPING - COUNT I; AGGRAVATED ASSAULT - COUNT II;
    ESCAPE - COUNT III   **** PLED TO COUNT I & II *************
    97-3-53              20 YRS EA CT C/C         0
    Desc of Crimes   NOVEMBER 4, 2006

III. Date of sentence 09/22/2008  Credit for time served
     To Serve                Suspended                  Probation
     20 YRS                  20 YRS CT II               5 YRS SUPERVISED
     To run concurrent with case(s)
     To run consecutive to case(s) 17937
     Habitual NO             Probation Revocation NO              RIB NO
     Shock Probation NO   Psycho/Psychiatric NO    Alcohol/Drug Treatment NO

IV.  Date Appealed              Disposition Date
     Confined in Jail   to
     Released on Bond
     Presently housed in

V.  Fine .00  Restitution .00  Court Costs .00  Other .00
    Conditions or Payment SEE NO. 17937 FOR COSTS

PROCESSED
MDOC RECORDS
By_____
Date_9/23/08

CAROL SMILEY, CIRCUIT CLERK
Circuit Clerk of Rankin County

By: _____
Date 09/23/2008

Director of Records
Data Operations
P O Box 24388
Jackson MS 39205

INS Liaison
Mississippi Supreme Court
P O Box 117
Jackson MS 39205-0117
                SCIS Form 1  4/28/93

EXH
H

(MSP) ☐   (CWC) ☐
(CMCF) ☐   (SMCI) ☐
(OTHER) Community Corr.

MISSISSIPPI DEPARTMENT OF CORRECTIONS

RULE VIOLATION REPORT

ERS                                                    RVR# 01092015

(Unit Admin. Init.) _____ Zone/Tier _____ Unit _____ Case/Bed# _____

Offender STEPHEN MONTALTO          MDOC# 142750        Violated Rule # R32    Entitled

violated conditions of ERS d        Date   1/9/2015   Approx. Time 0700   hours

by the specific act of  residence was denied ( Sex Offender Registry Laws).

Circumstances and Details

Residence was denied by Rankin County Sheriff's Office on the law of Sex Offender Registry. Residence does not meet requirements.

Reporting Employee's Signature: _____ Title: _____ FOII   PIN# 538881   Date 1/9/2015
Evidence ☒ No ☐ Yes  Located n/a              Placed in Seg-PDA ☒ No ☐ Yes - Location _____

I request investigation and witness(es) ☒ No ☐ Yes.  Witness(es) 1) n/a     I waive the right to a Hearing ☒ No ☐ Yes
2) n/a
Attested: STEPHEN MONTALTO     Del. Employee: _____ Date 1/9/2015     Time   0800 hours
Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than seven (7)
working days in the appropriate hearing office.

Heard by ☐ Disciplinary Committee ☐ Hearing Officer
Working days between date of violation and hearing _____     If more than seven (7) working days, explain _____

Print Full Name of Persons at Hearing - Accused STEPHEN MONTALTO         Chairperson _____
Member _____ Member _____       Member _____
Other _____
Accused ☐ Admit ☐ Deny              Accused Statement: _____

Documents read and disclosed:   RVR ☐   Investigation ☐   Witness(es) Statement ☐
Other (specify) _____
Findings: ☐ Guilty ☐ Not Guilty     Punishment, if Guilty _____

Reason(s): _____

Signature: _____                    Date: _____
CHAIRPERSON/HEARING OFFICER
Disciplinary Committee Members: _____
Appeal may be filed with Institutional Superintendent within 15 days after receipt of disciplinary decision.
Offender Signature: STEPHEN MONTALTO                         Date _____
Signature of Reviewing Warden/Designee _____       Date _____

Loss of Earned Time ☐ Approved ☐ Disapproved
                                              Commissioner of Corrections or Designee
Original with All Attachments - Records     1st Copy - Offender    2nd Copy - Working File   1st Copy - Reporting Employee

Exht
H

## MISSISSIPPI DEPARTMENT OF CORRECTIONS



### WARRANT FOR ARREST OF EARNED RELEASE PRISONER

TO ANY FIELD OFFICER OR ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:
WHEREAS, STEPHEN MONTALTO, MDOC # 142736, was sentenced on 09/22/2008, to serve a term of
20 (     ) years in the custody of the Mississippi Department of Corrections, said sentence being in the
County of Rankin, State of Mississippi, for the crime of Kidnapping C# Agg. Assault C# II and said
STEPHEN MONTALTO was placed on Earned Release Supervision the 20th day of December, 2014, by
the Mississippi Department of Corrections and;

WHEREAS, having reasonable cause to believe that STEPHEN MONTALTO, a prisoner of the State of
Mississippi, conditionally placed on Earned Release from the Mississippi Department of Corrections, has
violated his/her Earned Release Certificate in that

Residence was denied by Rankin County Sheriff's Office on the law of Sex offender Registry. Residence
does not meet requirements.

NOW, THEREFORE, by the authority vested in me by the Mississippi Code 1972, Annotated, Section 47-
7-9 and 47-5-138, I hereby order the said STEPHEN MONTALTO to be arrested, and I hereby authorize
you to so arrest him/her and for doing this shall be your sufficient warrant.

GIVEN under my hand and seal, this the 09th day of January, 2015.

MISSISSIPPI DEPARTMENT OF CORRECTIONS

Glen McCoy FO III

FIELD OFFICER

NCIC ENTRY ☐ YES ☐ NO   RACE: White SEX: Male DOB: 10/01/1975
Social Security No: 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  HT: 5'7" WT: 205
SCARS:

cc: Records office, Parchman (Original)
    Community Corrections Data Operations
    Offender File
    Holding Authority

H

(MSP) ☐   (CWC) ☐
(CMCF) ☐   (SMCI) ☐
(OTHER) Community Corr.

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**

## RULE VIOLATION REPORT

ERS

RVR# 01092015

(Unit/Admit Init.) _____   Zone/Tier _____   Unit _____   Cell/Bed# _____

Offender STEPHEN MONTALTO          MDOC# 142736          Violated Rule # B52          Entitled

violated conditions of ERSa          Date: 1/9/2015          Approx. Time 0700          hours
by the specific act of residence was denied ( Sex Offender Registry Laws)

Circumstances and Details

Residence was denied by Rankin County Sheriff's Office on the law of Sex Offender Registry. Residence does not meet requirements.

Reporting Employee's Signature: _____   Title: FOBII   PIN# 538881   Date 1/9/2015
Evidence ☒ No ☐ Yes  Located n/a          Placed in Seg.-PDA ☒ No ☐ Yes – Location

I request investigation and witness(es) ☒ No ☐ Yes   Witness(es) 1) n/a _____
2) n/a          I waive the right to a Hearing ☒ No ☐ Yes
Accused STEPHEN MONTALTO   Del. Employee: _____   Date 1/9/2015   Time 0800 hours

Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than seven (7) working days in the appropriate hearing office.

Heard by ☐ Disciplinary Committee ☒ Hearing Officer
Working days between date of violation and hearing _____   If more than seven (7) working days, explain _____

Print Full Name of Persons at Hearing – Accused STEPHEN MONTALTO   Chairperson K. Cooper

Member _____   Member N/A   Member _____

Other _____

Accused ☐ Admit ☒ Deny          Accused Statement:

Discussed: read and discussed:   RVR ☒   Investigation ☐   Witness(es) Statement ☐
Other (specify) _____
Findings: ☒ Guilty ☐ Not Guilty   Punishment, if Guilty _____

Signature: K. Cooper          Date: 1/29/15
CHAIRPERSON/HEARING OFFICER          N/A
Disciplinary Committee Member: _____

Appeal may be filed with Institutional Superintendent within 15 days after receipt of disciplinary decision.
Offender Signature: STEPHEN MONTALTO _____   Date: 1/29/15
Signature of Reviewing Warden/Design: _____   Date: 1/29/15

Loss of Earned Time ☐ Approved ☐ Disapproved

Commissioner of Corrections or Designee _____

Original with All Attachments - Records   1st Copy - Offender   2nd Copy - Working File   3rd Copy - Reporting Employee

*EXH H*



STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
MARSHALL FISHER
COMMISSIONER

Ronald King, Superintendent
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39288
(601) 932-2880

## DISCIPLINARY SUMMARY REPORT

CENTRAL MISSISSIPPI CORRECTIONAL FACILITY
DISCIPLINARY DEPARTMENT

Date: *1/29/15*                     HEARING OFFICER: Katrina Cooper

Consideration:

OFFENDER: *Stephen Montalto*          MDOC #: *142736*

RVR LOG #: *01092015*                 RULE #: B-32

ENTITLED: FAILURE TO ABIDE BY THE STATEMENT OF CONDITIONS OF
RELEASE FOR ERS/EARNED RELEASE SUPERVISION
HEARING PROCESS RESULTS

Offenders Plea***********Guilty********Guilty with Modification**********Not Guilty

Hearing Officers Decision*****************Guilty*********************Not Guilty

Disposition: *Revoke ERS*
*Reclassification*

This Action was Approved _X___ Disapproved _____

Disciplinary Hearing Officer _Katrina Cooper_

Tape *CNQ* side *B*

729 NORTH PRESIDENT STREET • JACKSON, MISSISSIPPI 39202
PHONE: (601)355-5600 • FAX: (601)355-0634

H



**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
**Marshall Fisher**
COMMISSIONER

Ronald King, Superintendent
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39208
(601) 932-2880

---

# APPEAL PROCEDURE

---

RVR # *01092015*

OFFENDER: *Stephen Montalto*     MDOC # *142736*

From: Disciplinary Chairperson, CMCF

Date: *1/29/15*

Guilty Findings:

Be advised that you are found guilty of violating one or more of the Mississippi Department of Corrections Rules and Regulations. The rule(s) violated by you: *B32* as stated in the Department of Corrections Handbook.

---

### In Accordance With Current Disciplinary Procedures

1. You have (15) days to file an appeal on the findings of the Hearing Officer, or any portion of the punishment imposed by the Hearing Officer.
2. Attach a copy of the RVR given to you by the Hearing Officer at the time of the hearing. <u>IT MUST BE THE COPY GIVEN TO YOU AT THE TIME OF THE HEARING.</u>
3. Your appeal must be submitted in writing, stating the reason that you feel the findings or punishment is unjust or inappropriate.
4. SEND ALL PAPERWORK REGARDING YOUR APPEAL TO:

**LEGAL CLAIMS ADJUDICATOR
ADMINISTRATIVE REMEDY PROGRAM
P.O. BOX 609
PARCHMAN, MISSISSIPPI 38738**



# Mississippi Department of Corrections
## Records Bureau

| INMATE NAME & MDOC # | STEPHEN MONTALTO# 142736 |
|---|---|
| DATE RECEIVED | 06/30/14 |
| ADDRESSED TO | COMMISSIONER EPPS *Alicia Box* |
| PREPARED BY (include name & title) | ALICIA BOX, CHIEF RECORDS OFFICER |
| DATE OF RESPONSE | 07/01/14 |
| REFERENCE TO: | TIME |

### RESPONSE TO CORRESPONDENCE

In response to your letter received on 06/30/14, you wanted to receive credit for your M.E.T. time since 2009 for Sergeant at arms, facility substance abuse tutor, library worker and Faith Based Program.

Inmates can no longer receive multiple M.E.T. time for multiple programs as you were granted in the past. Inmates can only receive a maximum of 10 days per month for one Program each month. The Records Department has posted all of the M.E.T. time that has been submitted on you as of today's date. Contact your Case Manager with any concerns that you may have.

Cc: Mr. Epps
    Mr. Mallett

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

## NOTICE OF ASSIGNMENT

Case filed:  _____**April 14, 2015**_____

Your case against  _____**Mississippi Department of Corrections, et al.**_____  has been assigned

Civil Action No.  __3:15-cv-_282-HTW-LRA_____  and has been referred to the following

District Judge and Magistrate Judge:

| ***District Judge*** | ***Magistrate Judge*** |
|---|---|
| ☐  Louis Guirola, Jr. | ☒  Linda R. Anderson |
| ☐  Daniel P. Jordan, III | ☐  F. Keith Ball |
| ☐  Sul Ozerden | ☐  John C. Gargiulo |
| ☐  Carlton W. Reeves | ☐  Michael T. Parker |
| ☐  Keith Starrett | ☐  Robert H . Walker |
| ☒  Henry T. Wingate | |
| ☐  William H. Barbour, Jr. (Senior Judge) | ***Division*** |
| ☐  David Bramlette, III (Senior Judge) | Clerk's Office, **Northern Division** |
| ☐  Tom S. Lee (Senior Judge) | 501 E. Court Street, Suite 2.500 |
| | Jackson, Mississippi 39201 |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.  If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>: When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information: (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.



Stephen Montalto # 142736
2A - 107
EMCF INMATE LEGAL
ASSISTANCE PROGRAM
10641 HIGHWAY 80 WEST
MERIDIAN, MS 39307

Hasler
04/10/2015
US POSTAGE    $10.65⁹
ZIP 39307
011D11654202

RECEIVED
APR 14 2015
CLERK, U.S. DIS...
SOUTHERN DIS...

U.S.D.C.
501 E COURT STREET
JACKSON, MS 39201

APPROVED LEGAL MAIL
BY:_____
APR 09 2015

EMCF: LEGAL LIBRARY

LEGAL MAIL